| Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| Robert Reganyan, Esq. (SBN 261240)<br>Reganyan Law Firm<br>100 N. Brand Blvd. #18<br>Glendale, CA 91203 | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: Valley MHP, LLC. | CHAPTER 11 |
|---|---|
| | CASE NUMBER |
| Debtor. | (No Hearing Required) |

# VENUE DISCLOSURE FORM
# FOR CORPORATIONS FILING CHAPTER 11
*(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1. Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (*from Form S0100, S0200, or S0300*):

   7936 Woodley Ave, Unit B, Van Nuys CA 91406

2. Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

   7936 Woodley Ave, Unit B, Van Nuys CA 91406

3. Disclose the current business address(es) for all corporate officers:

   1500 Washington, Blvd, Montebello CA 90640

4. Disclose the current business address(es) where the Debtor's books and records are located:

   1516 Washington, Blvd, Montebello CA 90640

---

*Rev. 12/99* This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **VEN-C**

Venue Disclosure Form for Corporations Filing Chapter 11 - Page 2         **VEN-C**

| In re Valley MHP, LLC. | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER |

5. List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

   7936 Woodley Ave, Unit B, Van Nuys CA 91406

6. Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

   Items #1 and #2 Previous address was 1516 Washington, Blvd, Montebello CA 90640.

   Previous address was listed for tax reporting convenience.

7. State the name and address of the officer signing this Statement and the relationship of such person to the Debtor (specify):

   Mark D. Magna
   Manager

8. Total number of attached pages of supporting documentation: 0

9. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the 25th day of Aug., 2010, at Los Angeles, California.

Mark D. Magna
*Type Name of Officer*

Manager
*Position or Title of Officer*

*Signature of Declarant*