# United States Bankruptcy Court
# Central District Of California

| In re:<br>Valley MHP, LLC.<br>aka Woodley Trailer Park | CHAPTER NO.: 11 |
|---|---|
| | CASE NO.: 1:10−bk−20599−GM |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☑ Statistical Summary of Certain Liabilities
☑ Corporate Ownership Statement
x  List of Equity Security Holders

**B.** If you are a Small Business Debtor in a Chapter 11 case, within 7 days after the date of the filing of the petition, you must file the most recent:

1. Balance sheet
2. Statement of operations
3. Cash−flow statement
4. Federal tax return

OR

5. Statement made under penalty of perjury that no balance sheet, statement of operations, or cash−flow statement has been prepared and no Federal tax return has been filed [11 U.S.C.§1116]

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002−1]:

Chapter 11    1 Original and 3 Copies

**Please return the original or copy of this form with all required items to the following location:**

21041 Burbank Blvd, Woodland Hills, CA 91367−6603

If you have any questions, please contact the below−referenced Deputy Clerk:

| | |
|---|---|
| Dated: August 25, 2010 | **KATHLEEN J. CAMPBELL, CLERK OF COURT**<br><br>By: Patty Garcia<br>   Deputy Clerk |

mccdn − Revised 12/2009                                                                                          **5 − 1 / PGN**

# CERTIFICATE OF NOTICE

```
District/off: 0973-1          User: pgarciaC             Page 1 of 1              Date Rcvd: Aug 26, 2010
Case: 10-20599                Form ID: mccdn             Total Noticed: 1

The following entities were noticed by first class mail on Aug 28, 2010.
db             +Valley MHP, LLC.,   7936 Woodley Ave, Unit B,   Van Nuys, CA 91406-1243

The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 28, 2010**          **Signature:**    *Joseph Speetjens*