SCOTT C. CLARKSON, ESQ. SBN 143271
EVE A. MARSELLA, ESQ. SBN 165797
CHRISTINE M. FITZGERALD, ESQ. SBN 259014
CLARKSON, GORE & MARSELLA
A PROFESSIONAL LAW CORPORATION
3424 Carson Street, Suite 350
Torrance, California 90503
(310) 542-0111 Telephone
(310) 214-7254 Facsimile

Attorneys for Creditor, Remedy Investors, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>Valley MHP, LLC,<br><br>Debtor and Debtor in Possession. | Case No. 1:10-bk-20599-GM<br><br>Chapter 11<br><br>**NOTICE OF NON-CONSENT OF USE OF CASH COLLATERAL**<br><br>NO HEARING REQUIRED |

**PLEASE TAKE NOTICE** that claimant Remedy Investors, LLC ("Claimant"), hereby provides notice pursuant to Sections 363(c)(2) and 546(b) of the Bankruptcy Code in lieu of seizure of property or commencement of action. Claimant possesses a claim secured by property of debtor Valley MHP, LLC ("Debtor"), as more fully described below.

This Notice perfects and makes choate all rights of Claimant under the loan documents, pursuant to which Claimant was granted a security interest in the rents, issues, and profits of the property described in the Deed of Trust, Security Agreement, Assignment of Rents and Fixture Filing ("Deed of Trust") made, executed and delivered to Claimant, or Claimant's predecessor-in-interest by Hedamar Development, Inc. Hedamar Development, Inc. quitclaimed the

underlying real property to the Debtor. The Deed of Trust was duly recorded in the Official Records of the Los Angeles County Recorder's Office. In accordance with the terms of the Deed of Trust and this Notice, all rents, issues, and profits of any Property described in the Deed of Trust constitutes "Cash Collateral" as defined in Section 363(c) of the Bankruptcy Code and, therefore, must be sequestered and segregated by the Debtor forthwith. Section 363(c)(2) prohibits use of Cash Collateral by the Debtor, except upon authority of the Bankruptcy Code, after notice and a hearing or pursuant to Claimant's express consent. As set forth in this Notice, Claimant expressly does not consent to the Debtor's use of Cash Collateral.

Accordingly, this Notice requires that the Debtor either (a) obtain the written consent of Claimant to use the Cash Collateral and to account to Claimant for the use of the Cash Collateral or (b) obtain an order from the United States Bankruptcy Court to use the Cash Collateral.

Dated: September 2, 2010

CLARKSON, GORE & MARSELLA
A Professional Law Corporation

By: _____
Scott C. Clarkson
Eve A. Marsella
Counsel for Creditor, Remedy Investors, LLC

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3424 Carson Street Suite 350
Torrance, CA 90503

A true and correct copy of the foregoing document described as **NOTICE OF NON-CONSENT OF USE OF CASH COLLATERAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 2, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**See Attached Service List**

☒    Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **September 2, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See Attached Service List**

☒    Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 2, 2010 | Brenda L. Campos | /s/ Campos |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

July 2010                                                                                          F 9013-3.1.PROOF.SERVICE

## SERVICE LIST

### PART I

### TO BE SERVED BY THE COURT VIA NEF

**U.S.TRUSTEE (SV)**
Ustpregion16.wh.ecf@usdoj.gov

**TRUSTEE**
S Margaux Ross   margaux.ross@usdoj.gov

**ATTORNEY FOR CREDITOR**
Scott C. Clarkson, Esq.   sclarkson@lawcgm.com
Eve A. Marsella, Esq.     emarsella@lawcgm.com

**ATTORNEY FOR DEBTOR**
Robert Reganyan, Esq   reganyanlawfirm@gmail.com


### PART II

### TO BE SERVED VIA US MAIL

**JUDGE**
Honorable Geraldine Mund
21041 Burbank Blvd. Suite 342
Woodland Hills, CA 91367

**INTERESTED PARTY**
Hedamar Development Inc.
1500 ashington Blvd.
Montebello, CA 90640

**SECURED CREDITORS**
JLAB 613 Holdings Inc.
23013 Hummingbird Way
Calabasas, CA 91302

Joseph A Magna
P.O. Box 1485
Whittier, CA 90609

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

July 2010                                                                                                                                          F 9013-3.1.PROOF.SERVICE