**Lewis R. Landau** (CA Bar No. 143391)
**Attorney at Law**
23564 Calabasas Road, Suite 104
Calabasas, California 91302
Voice and Fax: (888)822-4340
Email: Lew@Landaunet.com

Proposed Counsel to
Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>Valley MHP, LLC,<br><br>        Debtor. | Case No.: 1:10-bk-20599-GM<br><br>Chapter 11<br><br>**DECLARATION OF ROBERT E. MCGRAW IN SUPPORT OF RESPONSE TO RELIEF FROM STAY**<br><br>Date:     October 12, 2010<br>Time:    10:00 a.m.<br>Place:    Courtroom 303; Judge Mund<br>           US Bankruptcy Court<br>           21041 Burbank Blvd., 3rd Floor<br>           Woodland Hills, California 91367 |

# DECLARATION OF ROBERT E. MCGRAW

I, Robert E. McGraw, do hereby declare:

1.      I am an actively licensed California real estate appraiser and member of the Appraisal Institute.  A true and correct statement of my qualifications is attached as Exhibit 1.  I am providing this declaration in connection with the response of Valley MHP, LLC to the motion for relief from stay filed by Remedy Investors, LLC.

2.      On September 24, 2010 I was retained to prepare an appraisal report for the fee simple interest in a 27-unit mobile home park located at 7936 Woodley Avenue, Van Nuys, California 91406 ("Property").  I have pre-existing familiarity with the Property.  I appraised the Property for Union Bank of California in June, 2006.  A true and correct copy of my June, 2006 appraisal report is attached hereto as Exhibit 2.  It will take me approximately 3 to 4 weeks to complete my current appraisal report.

3.      Although a firm and accurate opinion of value can only be generated upon completion of my current appraisal report in conformance with all standards applicable thereto, I have begun the process of compiling comparable data and certain assumptions that can provide an estimate of value.  For example, the most weight in the appraisal process is given to the income capitalization approach to value.  The income capitalization approach was relied on to determine value in my 2006 appraisal report.

4.      The income capitalization approach to determining value is based on two (2) critical assumptions: (1) the market capitalization rate and; (2) net operating income.  Insofar as market capitalization rates ("cap rates"), my research indicates that cap rates in the range of 7% to 8.5% reflect current market cap rates for the subject Property.

5.      Insofar as net income, my current appraisal report, similarly to the 2006 report, will be based on an assumption of achieving stabilized rental income.  Stabilized rental income is gross rental income less a percentage for vacancy and credit loss and anticipated operating expenses.  My research indicates that stabilized market rent of approximately $550 per lot lease is market rate for a mobile home lot and the Property contains 27-such units.  Thus, gross rent is anticipated to be $550 x 27 or $14,850 per month.  A vacancy and credit loss factor of 5% is market for the

2

1 | Property, thus reducing stabilized rents to $14,107.50. Market expenses for the subject Property
2 | are typically 35% to 40% of stabilized rents. Using a 37.5% expense burden, net operating
3 | income is anticipated to be $8,817 monthly or $105,804.

4 |      6.    Employing the cap rates stated above of 7.00% to 8.50% against net operating
5 | income of $105,804 yields an anticipated income capitalization approach to value of
6 | $1,511,485.71 to $1,244,752.94. While I must verify all of the assumptions that underlie the
7 | foregoing, if confirmed, this value range is a fair indicator of value pending completion of my
8 | final appraisal report. This estimate of valuation is consistent with that contained in my June,
9 | 2006 appraisal report as adjusted for current cap rate market conditions and anticipated market
10 | rents.

11 |     I declare under penalty of perjury under the laws of the United States of America that the
12 | foregoing is true and correct.

13 |     Executed this 28th day of September, 2010 at Los Angeles, California.

14

15

16 | Robert E. McGraw

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

Robert E. Mc Graw
16010 Youngwood Drive
Whittier, CA 90603
Tel   562-943-5801
Fax   562-902-0086
bobemcgraw@hotmail.com

## Robert E. Mc Graw, MAI

Mr. Mc Graw is the owner and analyst of a full service real estate appraisal and consulting service. He has extensive experience in appraisal and consulting projects consisting of investment-quality office buildings, shopping centers, industrial/business parks, automobile dealerships, hotel/motels, apartment buildings, recreational resorts, master-planned communities, and residential subdivisions throughout the southwestern United States. Mr. Mc Graw has performed valuations on proposed, partially-completed, renovated, and existing structures as well as valuation assignments for corporations and governmental agencies.

### Previous Experience

Prior, Mr. McGraw completed narrative complex appraisal assignments for RGW & Associates from February 1992 until March 1993. Prior to that, he was the Chief Appraiser for Malibu Savings Bank from April 1986 until January 1991, with responsibilities of developing the appraisal department and reporting directly to senior management. Prior to that, he was the Assistant Chief Appraiser for Sanwa Bank, from April 1985 to April 1986, with assistant managerial duties reviewing major loan appraisals and administrative functions. Before joining Sanwa Bank, Mr. McGraw was a staff appraiser (October 1983 to April 1985) with American Savings, Gibralter Savings (October 1982 to October 1983), Crocker National Bank (December 1980 to October 1982), and Great Western Savings (Financial Federation) (March 1977 to December 1980) where he performed appraisals on single-family residences, and 2-10 unit apartment projects, including review appraisal reports.

### Brokerage Experience

Mr. Mc Graw has utilized the broker license in several different areas during the prior 30 years. The license has been placed as a sole proprietor, as well as, with local and national real estate firms.

### Education

- o B.S., Business Administration
  Major: Finance, Insurance & Real Estate
  California Polytechnic University
  Pomona, California

### Professional Memberships

- o Member, Appraisal Institute No. 9539

- o Real Estate Broker-State of California No. 01059821

- o Certified General Real Estate Appraiser-State Of California-License No. AG006523

Partial List of Public Lender Clients Previously Served

City National Bank
Cal National Bank
Spectrum Bank
Column Financial
First National Bank of San Diego
Banco Popular North America
FDIC
International Savings Bank
Oak Tree Federal Savings Bank
Bank of America
Wells Fargo Bank
Weyerhauser Mortgage
Imperial Capital Bank
Long Beach Bank
Community Trust Mortgage
Sunrise Mortgage
China Trust
Union Bank of California
Hanmi Bank
South Coast Commercial Bank
First California Bank
Venture West Funding
Pacific Premier Bank
Pacific Mercantile Bank

---------------------------------------------------------------Robert E. Mc Graw

# EXHIBIT 2

# APPRAISAL OF REAL PROPERTY

Woodley Trailer Park
7936 Woodley Avenue
Van Nuys, California 91406

As of:

June 21, 2006

Prepared For:
Mr. Paul Brown
Vice President
## Union  Bank of California N.A.
145 S. State College, Ste. 600
Brea, California 92821

Prepared By:

## Robert E. Mc Graw, MAI
16010 Youngwood Drive
Whittier, California 90603

June 30, 2006

Robert E. Mc Garw, MAI
16010 Youngwood Drive
Whittier, CA 90603
FAX: 562-902-0086
TEL:    562-943-5801
bobcmcgraw@hotmail.com

Mr. Paul Brown
Vice President
**Union Bank of California, N.A.**
145 S. State College, Ste. 600
Orange, CA 92821

Re:    Appraisal of Real Property
        Woodley Trailer Park
        7936 Woodley Avenue
        Van Nuys, California 91406

Dear Mr. Brown:

At your request, I have completed an appraisal of the real property referenced above. The appraisal states my opinion of the "As Is" value of the fee simple interest of 7936 Woodley Avenue, in the subject property, subject to the various Assumptions and Limiting Conditions described in the accompanying report. The physical inspection and analysis that form the basis of this report was conducted by Robert E. Mc Graw, MAI. The following report is a Summary Appraisal as defined by Standards 2-1 and 2-2 of the Uniform Standards of Professional Appraisal Practice.

Further, the report is in compliance with Title XI of the Federal Financial Institutions Reform, Recovery, and Enforcement Act of 1989 (FIRREA); Fair Lending guidelines; and the specific requirements as defined by the Master Services Agreement of Union Bank of California, N.A., as of June 21, 2006. As well, this appraisal is intended to comply with the OOC's amended Appraisal Rule, effective June 7, 1994, as published in the Federal Register, Volume 59, No. 108, and with the Interagency and Evaluation Guidelines, dated October 27, 1994.

The intended user of this appraisal report is Union Bank of California, N.A. and the intended use is for asset valuation and loan purposes. No third party shall have the right to rely upon any portion of the report for any reason.

The scope of the appraisal is defined as complete. This letter is apart of the attached summary report and addenda which contains the descriptions, data and analysis upon which the value conclusion is based upon within the defined scope of work as requested by Union Bank of California, N.A.

This report has been delivered to Union Bank of California by request through the use of the Banks' upload process, the signature appearing in the report is an electronic copy.

==========================================================Robert E. Mc Graw, MAI

The final value conclusion in this report does not include any personal property utilized by the trailer park operations. **Further, the value estimate likely reflects an interim use as the Buyer intends to raise the park to make ready for redevelopment as a public storage facility.** Based on the analysis presented in the following report, the opinion has been formed that the "As Is" value of the fee simple interest in real property at 7936 Woodley Avenue, as of June 21, 2006, and subject to the certification and limiting conditions was:

**ONE MILLION SEVEN HUNDRED THOUSAND DOLLARS**
**($1,700,000)**

Respectfully submitted,

Robert E. Mc Graw, MAI
AG006523
CA/4-10-2007

======================================================*Robert E. Mc Graw, MAI*

# SUMMARY OF SALIENT FACTS AND CONCLUSIONS

| | |
|---|---|
| Property Name: | Woodley Trailer Park |
| Location: | 7936 Woodley Avenue<br>Van Nuys, California 91406 |
| Assessor's Parcel Number: | 2206-006-003 |
| Interest Appraised: | Fee Simple |
| Date of Value: | June 21, 2006 |
| Date of Inspection: | June 21, 2006 |
| Date of Report: | June 30, 2006 |
| Seller: | Madrid Financial Corporation, Trust |
| Buyer: | Marc Magna |
| Intended Use: | Demolish and Develop Public Storage |
| Land Area: | 41,996 S.F. or .9641 Acres |
| Zoning: | RMP-1 (Mobile Home Park) |
| General Plan Land Use: | Light Manufacturing |
| Highest & Best Use: | |
|     As Vacant: | Industrial Development |
|     As Improved: | Existing Use (Interim) |
| Improvements: | |
|     Type: | Trailer Park |
|     Year Built: | 1926 |
|     Property Components: | |
|     RV Spaces: | 23 + 1 Non Conforming Space (23 VALUED) |

==========================================================*Robert E. Mc Graw, MAI*

| | |
|---|---|
| 3 Mobile Homes: | None Park Owned |
| Single-Family Residence: | 1926 Year Built W/Studio Apt. Attached |
| Studio Units: | Attached With Laundry Room/SFR |
| Total Spaces: | 29 |
| Condition: | Fair-Average |

Value Indicators "As Is":

| | |
|---|---|
| Cost Approach: | Not Addressed |
| Income Approach: | $1,725,000 |
| Sales Comparison Approach: | $1,650,000 |

Value Conclusion:

| | |
|---|---|
| Fee Simple Interest: | $1,700,000 |

=========================================================Robert E. Mc Graw, MAI

| Special Assumptions: | 1) | The projections of income and expenses are not predictions of the future. Rather, they are our best estimates of current market thinking about what future income and expenses will be. We make no warranty or representation that these projections will materialize. The real estate market is constantly fluctuating and changing. It is not the appraiser's task to estimate the conditions of a future real estate market; the appraiser can reflect what the investment community envisions for the future in terms of rental rates, expenses, and supply and demand. |
|---|---|---|
| | 2) | The subject property is appraised assuming that it is not adversely affected by the presence of potentially hazardous materials that may adversely affect its value, marketability, or utility.   In the event that First California Bank representatives are made aware of the presence or possible presence of such an environmental problem subsequent to the submission of this appraisal report, Bank representatives will notify the reviewer and appraisers to that effect. |
| | 3) | The Americans with Disabilities Act ("ADA") became effective January 26, 1992. The appraiser has not made a specific compliance survey and analyses of this property to determine whether or not it is in conformity with the various detailed requirements of the ADA.  It is possible that a compliance survey of the property, together with a detailed analyses of the requirements of the ADA, could reveal that the property is not in conformance with one or more of the requirements of the Act.  If  so, this fact could have a negative effect upon the value of the property. Since the appraiser has no direct evidence relating to this issue, the appraiser did not consider possible non-compliance with the requirements of ADA in estimating the value of the property. |
| | 4) | Robert E. Mc Graw, MAI, has completed appraisal assignments on existing and proposed motel properties during his 30 years of appraisal experience in the greater Los Angeles Basin and has the necessary access to data sources to complete the assignment. |
| | 5) | The Furniture, Fixtures & Equipment (FF&E) have been valued in the following report and are set apart from real estate value. |

==========================================================Robert E. Mc Graw, MAI

# TABLE OF CONTENTS

Page

INTRODUCTION .....................................................  1
    Identification of Property ..............................................  1
    Property Ownership and Recent History ..............................  1
    Purpose and Function of the Appraisal ...............................  1
    Scope of the Appraisal ..............................................  2
    Dates of Value and Property Inspection ..............................  3
    Property Rights Appraised ...........................................  4
    Definitions of Value (s), Interest (s) Appraised, and Other Pertinent Terms ......  4
    Legal Description ..................................................  5

AREA ANALYSIS ....................................................  5
    Los Angeles County & San Fernando Valley ...........................  5
    Market Area & Van Nuys ............................................  13

RV /MOBILE HOME MARKET ANALYSIS-LOS ANGELES, CALIFORNIA .......  21

PROPERTY DESCRIPTION ...........................................  26
    Site ...............................................................  26
    Improvements ......................................................  28

REAL PROPERTY TAXES AND ASSESSMENTS ..........................  31

ZONING ..........................................................  27

HIGHEST AND BEST USE .............................................  28

VALUATION PROCESS ...............................................  37

INCOME APPROACH .................................................  38

SALES COMPARISON APPROACH ......................................  48

RECONCILIATION AND FINAL VALUE ESTIMATE ......................  56

CERTIFICATION ...................................................  58

ASSUMPTIONS AND LIMITING CONDITIONS ...........................  59

===========================================================*Robert E. Mc Graw, MAI*

ADDENDA

      Subject Photographs/Descriptive Exhibits

      Rental Photograph-Competitive Residences/Parks
      Rental Location Map

      Improved Sale Photograph
      Improved Sale Location Map

      Income/Expense History
      Insurable Value
      Engagement Letter of Client
      Qualifications of Appraiser

==========================================================*Robert E. Mc Graw, MAI*

## INTRODUCTION

### Identification of Property

The subject property is an existing trailer park on 41,996 square feet of RMP-1 (Mobile Home Park) zoned land. The trailer park property, built in 1926, is located at 7936 Woodley Avenue, Van Nuys, Los Angeles County, California.

### Property Ownership and Recent History

The subject property was constructed in 1926 according to the Los Angeles County Assessor and has been in continuous ownership by the current owner for the prior four (4) years; transferring December 31, 2002, document number 04-3223085; sale price reflects $48,000.00. The property is known to be listed for sale by Marcus & Millichap, Ontario, CA office for $1,745,000 and in escrow for $1,700,000 according to the Purchase and Sale Agreement dated May 2, 2006. The Purchase and Sale Agreement identifies the Seller as Madrid Financial Corporation and the buyer as Kedamar Development. The buyer anticipates redevelopment of the parcel to public storage within the next 24 months.

### Exposure/Market Time

Exposure time is that hypothetical listing period in which the subject property would have been listed for sale on the open market prior to a contract to sale. The exposure period for the subject property through the period of January 1, 2005 to May 1, 2006, is estimated to be 1 to 4 months. The market period or that time frame in which the subject property would be available to the market as of the inspection/value date of April 6, 2006 is estimated to be 1 to 4 months. Commonly, the exposure time predates the appraisal date however, both the exposure and market period of the subject property coincide due to the short exposure period. The exposure and market time frames have been developed through conversations with local market inquires including the

========================================================*Robert E. Mc Graw, MAI*

listing broker of record. The estimated time frames are fairly similar though rising interest rates have the market cycle in a stable to slowing period as compared to the period prior to January 2006.

## Scope of the Appraisal

The scope of this appraisal required collecting data from personal contacts, published information sources, and our files; verifying the data with principals, agents or public records; and reporting all data considered material to the appraisal problem. A physical inspection of the subject property and an exterior inspection of the comparable data was made, and I have discussed, in summary, every aspect and detail that, in my opinion, affected the sales price or rental rate of each comparable utilized, to clearly lead the reader to the same logical conclusion. The valuation process involved utilizing all techniques and procedures considered appropriate to the assignment. The scope of the appraisal has not been limited with respect to the Summary Appraisal Report. The report has not departed as defined by Standard Rule 1. This Summary Report then complies with Standards Rule 2-2(b) of the Uniform Standards of Professional Appraisal Practice.

Briefly, the scope of work undertaken to complete the assignment includes, but not limited to, the following:

a.    Inspection of the subject property and surrounding environs;

b.    Research and verification of land, building and rental data contained within the report:

c.    Exterior Inspection of the data utilized;

d.    Review, conversation, and research of appropriate market trends data, specialized brokers functions of the hospitality asset and published data, etc.

## Purpose of the Appraisal

The purpose of the appraisal is to provide an estimate of market value, As Is, without hypothetical or extraordinary assumptions. Union Bank of California, N.A. anticipates a loan on the

========================================================*=======*Robert E. Mc Graw, MAI

entire property as a result of the pending sale of the subject property at $1,700,000. The buyer

intends on demolition of the trailer park and utilizing the land for public storage development in the

future. This report does not address the hypothetical buyer intended use, only the as is value has

been requested and reported; see Highest and Best Use section for the analysis and support.

## Dates of Value and Property Inspection

The date of the "As Is" value is June 21, 2006. The property was last inspected on June 21,

2006. The date of the report is June 30, 2006, the date the report was completed for electronic

delivery to the client, Union Bank of California, N.A.. This report was delivered by electronic mail

at the mandate of the client and the signing appraiser is not to be held responsible for any alterations,

deletions, changes, missing data, pages or other issues due to the transfer method.

## Property Rights Appraised

Fee simple interest as of June 21, 2006.

## Definitions of Value (s), Interest (s) Appraised, and Other Pertinent Terms

Definitions of pertinent terms are taken from the <u>Dictionary of Real Estate Appraisal</u>,

published by the American Institute of Real Estate Appraisers, and as defined by the FIRREA Title

XI, Section 34.42 (f).

**"Market Value"** as defined by the Office of Thrift Supervision (12 CFR, Part 564.2f):

"The most probable price which a property should bring in a competitive and open
market under all conditions requisite to a fair sale, the buyer and seller each acting
prudently and knowledgeably, and assuming the price is not affected by undue stimulus.
Implicit in this definition is the consummation of a sale as of a specified date and the
passing of title from seller to buyer under conditions whereby:

(1)    Buyer and seller are typically motivated;

(2)    Both parties are well informed or well advised, and each acting in what they consider
their own best interests;

*Woodley Trailer Park*================================================================    4

=============================================================Robert E. Mc Graw, MAI

(3)    A reasonable time is allowed for exposure in the open market;

(4)    Payment is made in terms of cash in U.S. Dollars or in terms of financial arrangements comparable thereto; and

(5)    The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated the sale."

In addition, the following is part of the market value consideration as of the appraisal date.

**"Market Value As Is"** on appraisal date-Market value of a property in the condition observed upon inspection and as it physically and legally exists without hypothetical conditions, assumptions or qualifications as of the date the appraisal is prepared."

**"Stabilized Value"** means the market value of an income property which, as of the date of appraisal, has been physically completed and leased to stabilized occupancy, at market rent.

**Fee Simple Interest**

Absolute ownership unencumbered by any other interest of estate; subject only to the limitations of eminent domain, escheat, police power, and taxation.

## Legal Description

The subject's legal description, as provided by First American Title Insurance Company is as follows:

The west 445 feet of the south 100 feet to the north 330 feet of Lot 432 of Tract 1000, in the city of Los Angeles, County of Los Angeles, State of California as per map recorded in Book 19 Page(s) 1 to 34 inclusive of Maps, in the office of the county recorder of said county.

The Los Angeles County Assessor identifies the subject property as follows:

2206-006-003

## Thomas Map Guide Reference/Census Tract

The subject property is located on Thomas Map Guide 531-F3 with a corresponding Census Tract of 1275.10.

==========================================================Robert E. Mc Graw, MAI



## AREA ANALYSIS

### Los Angeles County

The subject property is located in the north western portion of Los Angeles County in the City of Los Angeles, San Fernando Valley, district of Van Nuys.   Van Nuys is situated approximately 15 miles north of downtown Los Angeles and encompasses the Valley Seat of the San Fernando Valley.

Los Angeles County, is the largest metropolitan area (LAMA) in Southern California followed by Orange, San Diego, San Bernardino and Ventura Counties. Los Angeles County had a 2000 population of 9,519,338 surpassing Orange County's population of 2,846,289 and San

==========================================================*Robert E. Mc Graw, MAI*

Diego's population of 2,813,833.. Los Angeles County is the largest portion of the greater Los Angeles area which is comprised of Los Angeles, Orange, Riverside, San Bernardino, and Ventura Counties. This region is a metropolis of over 14 million people.    Los Angeles County is situated immediately east of the Pacific Ocean, north of Orange County, south of Ventura County and west of both San Bernardino and Riverside Counties.

On a national level, this LAMA is a prominent leader and trendsetter in such diverse areas as scientific research and development, aerospace, entertainment, fashion, and real estate. On the West Coast, Los Angeles and Orange Counties are rivaling San Francisco as the leading financial center for the western United States.

## Population

Los Angeles County's population reached 9,979,600 as of December 2003 and is projected to reach 10,983,900 by year-end 2015; an increase of 10.06% over the period . This is an increase of just over 1 million persons from December, 2003. Numerically, this is about the same level of growth as between 1970 and 1980, which was 511,907 persons. The rate on increase during the decade of the 1980's was 30.03 percent, which is slightly over the increase for the State of California which was 25.7 percent.

The growth that has been experienced in the area is expected to slowly fall as the available land in south county is developed. Population projections for Los Angeles County indicate a growth rate of 1.0% per year for the period of 2003 through 2020. Much of Los Angeles County's growth is occurring in the north county area where developable land is available. However, the fastest growing city in the county was Lancaster with an increase of 85.5 percent over the past decade. The four fastest growing cities following Lancaster were Palmdale at 77.6 percent, city of Los Angeles at 56.8 percent, Long Beach at 50.4 percent, and San Dimas at 44.2 percent.

=========================================================*Robert E. Mc Graw, MAI*

### California Population Projections-By County

|                | 2005       | 2010       | 2015       | 2020       |
|----------------|------------|------------|------------|------------|
| **Los Angeles** | 10,169,100 | 10,605,200 | 10,983,900 | 11,584,80 |
| **Orange**      | 3,099,700  | 3,266,200  | 3,384,800  | 3,541,700 |
| **Riverside**   | 1,864,700  | 2,159,600  | 2,459,600  | 2,817,600 |
| **San Bernardino** | 1,980,000 | 2,231,600 | 2,487,700 | 2,800,900 |
| **Ventura**     | 791,300    | 877,400    | 934,000    | 1,007,200 |

## Employment

Returning from the long downturn in the economy and the generally held recession of 1990 to 1997 the latest unemployment figures for Los Angeles County top out at 6.1 percent for January 2006, down from 6.7 percent January 2000. This unemployment figure is relatively similar in comparison to the state's overall 6.8% unemployment rate reported in February 2006, however, well above the National figure of 4.7 percent for March 2006. Los Angeles County has benefitted the most as a result of its diverse economic base.

Three major job categories comprise approximately 72 percent of Los Angeles County's work force. They are services (26.6 percent), retail trade (24.7 percent), and manufacturing (20.6 percent). The trades with the greatest growth over the past two years has been the construction industry which recorded a payroll increase of 5.8 percent from 2003 to 2005, but again, this segment is only a small percentage of the total labor force. Manufacturing payrolls have remained for the most part static and have shown only minimal additions as companies continue to look globally for price point development. This is also partially a result of the transition from a manufacturing economy to one of a information-based service economy.

Los Angeles County has an aggregation of advanced-technology industries, such as scientific

*Woodley Trailer Park*===========================================================

8

====================================================*Robert E. Mc Graw, MAI*

research and development, electronics, aerospace, scientific instruments and oceanography. Los

Angeles County should remain a leader of the high technology industry over the next decade. The

Southern California Association of Governments projects this trend to continue to the year 2010.

By the year 2010, SCAG projects the services sector will comprise 29.3 percent of all regional

employment versus 22.2 percent reported in 1984.

Manufacturing, on the other hand, is projected to comprise 16.9 percent of the regional

employment in 2010, down from 20.5 percent reported in 1984. The government sector is projected

to decline from 12.1 percent of all regional employment in 1984 to 9.9 percent in 2010.

## Business Activity and Retail Sales

Total taxable sales for fiscal 2004-2005 in Los Angeles County was $3.8 billion dollars

which is an increase of 1.90 percent from the figures reported in 2001, according to the California

State Board of Equalization and Southland Economic Trends.    Gross product for the county,

however, recorded an increase of 6.4 percent growing from an estimated $71.8 billion dollars in

2004 to $76.4 billion dollars projected for 2006, figures not yet available.

## Transportation

Los Angeles County has an excellent transportation network of interstate highways and

freeways, railroads and airports. Major highways serving the county are Interstate-5, Interstate-405,

Interstate-10, State Highway 101, and State Highway 60. The Santa Ana (Interstate-5) Freeway

traverses the county from the northwest to the southeast while both the San Bernardino (10) Freeway

and Foothill (210) Freeway traverse the county in an east to west direction with the 101 Freeway

providing the most direct access into the downtown Los Angeles area. Access into downtown Los

Angeles is provided by the Santa Ana (Interstate 5) Freeway, as well.

The Orange (57) Freeway borders the county on the east and provides access to northern

========================================================*Robert E. Mc Graw, MAI*

Orange County and the "Inland Empire" to the east via the San Bernardino (Interstate 10) and

Pomona (State Highway 60) Freeways. The Orange (57) Freeway connects with the Santa Ana (I-5)

Freeway, Garden Grove (22) Freeway and Orange (57) Freeway interchange in the City of Orange.

The San Diego (Interstate 405) Freeway traverses the southern portion of the county and provides

excellent access into the south bay communities of Los Angeles County. The San Diego (Interstate

405) combines with the Santa Ana (Interstate 5) Freeway in Irvine to provide access to the southern

portion of the county and northern San Diego County. Air service is available at the Los Angeles

International Airport (LAX) which is located at the junction of the San Diego (I-405) and Glenn

Anderson (105) Freeway interchange in the South Bay. This airport has terminals for domestic and

international service and is served by all the major and local air fleets.        Three major railroads

service Los Angeles County: the Southern Pacific; Atchinson, Topeka and Santa Fe; and Union

Pacific. Los Angeles County is also served by the Southern California Rapid Transit District.

Amtrak stations are located throughout the county. Additionally, several mass transit lines have

opened up in the past ten years, including the light rail service.

## Government

Los Angeles County was incorporated as a general law county, with the City of Los Angeles

as the County Seat. The legislative body is a multi-member board of supervisors; each with a

supervisorial district. Because much of the County lies within the incorporated cities, the County

provides a wide variety of services in the form of special districts for these areas, as well.

Other elected County officials include the Assessor, Auditor-Controller, Clerk-Recorder,

Coroner-Public Administrator, District Attorney, Sheriff, Treasurer and Tax Collector, and

Superintendent of Schools. Appointed post include the County Administrative Officer and County

Counsel. Los Angeles County administers the assessment and collection of property taxes for the

=========================================================*Robert E. Mc Graw, MAI*

various cities and special districts within its jurisdiction.  This is accomplished by each city adding

their tax rate to the county's basic rate and special district rates.  Real and personal property taxes

and sales tax are the primary sources of revenue for Los Angeles County and the various cities.

## Construction

Construction activity has increased as a result of the continued high demand, and sometimes

mentioned housing bubble.  The permit valuations for residential housing has increased from 1996

through 2005 and is only expected to moderate by 10% in 2006.  Non-residential permit valuations

have also increased since 2000.  Also, total permit valuations are approximately 57 percent higher

than the figures reported from 2000 through 2002 construction boom years.

## Housing

According to the Southland Economic Trends, January 2006, survey by the Los Angeles

Times, prices for existing single-family detached housing units increased 14.8 percent between

December 2004 and December 2005 for Los Angeles County.  Los Angeles County's average price

for new and existing single-family detached housing units totaled $437,486 in December 2005.

The affordability index (as a % of households that can afford a home at the median price)

equaled 11 percent in the Los Angeles County area for January 20066, as compared to 15 percent in

January 2003.  In fact, Los Angeles County showed one of the largest increases of the four counties

surveyed, i.e., Los Angeles, Orange, and San Diego.

Over the last 12 to 18 months, housing prices have risen dramatically in some areas and have

began to either leveled-off or increased slightly in other areas.  The housing prices are also affected

by mortgage interest rates, which economist have  predicted increases for the rest of 2006.  Interest

rates increased from near 5% in December 2003, to 6.00% for March 2006 for conforming,

conventional fixed rate 30-year mortgages. Current conforming fixed rate home loans have increased

========================================================*Robert E. Mc Graw, MAI*

to near 6.60% due to recent Federal Reserve actions. The increases in the interest rates have sparked

a slight decrease in residential sales activity; however, most economists are still upbeat about the

economy and believe we are still facing increases in interest rates in the foreseeable future.

## General Real Estate Indicators

The Los Angeles Business Journal prints monthly additions which include Real Estate within

the Econowatch L.A. County section. Briefly, the following year-on -year changes suggest that the

local real estate market remains in a fairly upbeat trend despite the 15th continuous monthly 25 basis

point increase by the Federal Reserve.

### Real Estate Indicators

| | February 2005 | February 2006 | % Change |
|---|---|---|---|
| Construction Lending(mils) | $470.9 | $497.7 | 5.7% |
| Building Contracts (mils) | | | |
| Residential | $480.01 | $581.2 | 21.1% |
| Nonresidential | $227.3 | $430.2 | 89.3% |
| Building Permits(mils) | | | |
| Residential | $458.0 | $471.8 | 3.0% |
| Nonresidential | $255.8 | $289.6 | 13.2% |
| House Sales | 1,643 | 1,925 | -14.6% |
| Condo Sales | 2,088 | 2,282 | 9.3% |
| Apartment (4th qtr.) | | | |
| Gross Occupancy | 96.8% | 97.2% | ------ |
| Average Monthly Rent | $1,301 | $1,416 | 8.8% |
| Office Vacancy Rates(4th qtr.) | | | |
| Downtown L.A. | 19.1% | 14.9% | -4.2% |
| San Fernando Valley | 8.9% | 7.0% | -1.9% |
| West L.A. | 14.6% | 9.1% | -5.5% |
| South Bay | 20.6% | 18.2% | -2.4% |
| Industrial Vacancy Rates(4th qtr.) | | | |
| Downtown/Central | 1.2% | 1.3% | .1% |
| South Bay | 2.6% | 2.8% | .2% |
| San Gabriel Valley | 1.2% | 1.6% | .4% |
| Hotel Occupancy | 71.2% | 74.3% | 3.1% |
| Room Rate(Nov. 2005) | $119.40 | 127.70 | $8.30 |

Source: L.A. Business Journal March 20, 2006

========================================================*====*Robert E. Mc Graw, MAI

## Education

The California Constitution provides for a free public school system. The schools are subject to local control through an elected School Board. There are several public school districts in Los Angeles County topped by the Los Angeles Unified School District. There are also 21 colleges and universities serving Los Angeles County. Universities of California, private institutions and community colleges serve the county.

## Summary

Los Angeles County has experienced a similar growth rate in its population over the last decade compared to the state as a whole. Los Angeles County recorded a growth of 23.93 percent versus 25.74 percent of the state. The social environment of Los Angeles County in general may be characterized as maturing as the population continues to accelerate. The development regulations imposed by all levels of government have helped to promote orderly growth, provide an excellent mix of land uses, and create a very desirable environment in which to live and work.

The economic base is in a transition from manufacturing to one of an information-based service economy for Los Angeles County. Los Angeles County has one of the stable and growing job markets in the United States and is anticipated to maintain good growth rates as unemployment is projected to remain below 6.7 percent through 2007. General indicators of the continued growth in the county include a 12.6% increase in exports, a 17.2% increase in imports and a tight labor market.

The Los Angeles Economic Development Corporation (LAEDC) for 2005-2006 released the following positive and negative forces in the region. The major points of the released survey follow.

========================================================*=======*Robert E. Mc Graw, MAI

The positive forces include:

- The high-value aerospace industry will continue in a growth spurt, citing the 7E7 program.

- International Trade should continue strong and thereby keeping local port activity at capacity.

- The tourist industry along with the motion picture and entertainment sector should see continued strong growth as the regions demand for housing remains well supported.

The negative forces include:

- The high cost of living in the Basin, including energy cost, may lead to declining employment.

- The combined capacity of the ports of Los Angeles and Long Beach, along with deteriorating infrastructure may lead to diversion to other ports on the west coast, thereby putting pressure on the local economy.

To date, the local economy has shown resiliency in all sectors in light of the recent spike in energy price that saw gasoline above $3.00 per gallon through the summer months of 2005. Into 2006, regional and local energy price are, needless to say, going to have the single greatest affect on the growth of the economy and only interest rate adjustments by the FMOC could have further affects of a slowing economy as consumers scramble to fund the buying activity of late.



## Market Area/San Fernando Valley/Van Nuys

The process of defining market area boundaries involves considering physical barriers, social, political and economic characteristics, and the type and quality of buildings. The subject's market area is defined as the city of Los Angeles, San Fernando Valley, district of Van Nuys. Van Nuys, the Valley Seat, is located northwest of downtown Los Angeles, and centers the San Fernando Valley.

The city of Los Angeles has a land area of approximately 52.3 square miles and includes several diverse and different neighborhoods. Areas such as Van Nuys and the near-by districts are more likely to be residential and less affordable, whereas the outlying areas of the city closer to the

=========================================================*Robert E. Mc Graw, MAI*

inner-city area tend to be the less affluent and more affordable; both rental and owner housing.

The following table presents a general overview of the San Fernando Valley as published by

the Los Angeles County Almanac, 2005 Edition.

### Demographics-San Fernando Valley

| **Population** | | **Estimated Household Income** |
|---|---|---|
| 1960 Total | 739,580 | $15,000 and Under 14% |
| 1970 Total | 967,128 | $15,000 to $24,999 12% |
| 1980 Total | 1,017,365 | $25,000 to $34,999 12% |
| 1990 Total | 1,216,851 | $35,000 to $49,999 16% |
| 2000 Total | 1,531,592 | $50,000 to $74,999 18% |
| 2005 Est. | 1,725,000 | $75,000 to $99,999 11% |
| 2010 Proj. | 1,902,000 | $100,000 and Over 17% |

As can be seen, the population from 1960 to 2000 has grown, on average at an annual rate of

1.837% and is projected to grow 2.190% into 2010 which is consistent with the overall growth of the

city of Los Angeles.

With respect to the income levels, it is evident that the $35,000 to $99,000 range holds the

largest percentage of the population.

Housing in the Van Nuys is generally circa 1950 as would be suggested by the location

characteristics and effective age of the housing stock. Median home prices according to the Los

Angeles Times, Southland Home Prices reached record highs into 2005, and have continued to spiral

upward however, December 2005 Federal Housing suggests that the rapid pace of price appreciation

has slowed compared to previous years. Mean, or average detached home prices in the San Fernando

Valley, according to Real Estate Research Council of Southern California (RERC), 3rd Quarter 2005,

ranges from $408,000 to $1,438,000, with the community of Encino topping the list. In contrast, the

Van Nuys district remains near the mid- range.

In general, inflation in home prices in Southern California slowed according to the RERC with Riverside County leading the way with an annual price change of 26.00% for the twelve month period of October 2004 to 2005. Los Angeles County came in a weaker distant 3rd at 22.2 % with San Diego showing only a modest 12.1% increase. Thus, as would be expected of the rapidly rising home price index, the ability to afford a home declined to nearly 12 percent, meaning less than 1 of 8 could afford the median price home.

The various statistics above suggest the subject property has adequate support and demand sectors in which to expect office and housing dollars to be captured by the market and subject property. The key areas include the $49,999 and up range income group which represents the largest sector including household income and the expenditures which will support various office development.

Van Nuys is defined by the district boundaries of Reseda to the west, North Hollywood to the east, Sherman Oaks to the south and North Hills to the north. More specifically, Van Nuys is the area within the boundaries of the 101 Freeway on the south, Saticoy Avenue on the north, Balboa Boulevard on the west and Hollywood Freeway on the east. The population of this micro-defined area is approximately 65,000 and includes some 25,550 households. Perhaps best known for the largest private-plane airport, Van Nuys Airport and the supporting business base, is the market area's development with several different property types, including industrial, commercial, office, medical office, retail of varied use, service stations, store front commercial/retail, fast food outlets and to a lessor extent residential property.

The subject property is located on the northeast corner of Woodley Avenue and Blythe Street, just east of the Van Nuys Airport. The immediate area is improved with several industrial buildings of varied design and construction and smaller office facilities as the area is considered to be a primary

17

==============================================================*Robert E. Mc Graw, MAI*

industrial and commercial corridor location of Van Nuys. As is common to many of the aforementioned districts, commercial property is spread out, though greater density is found in the neighborhoods that develop along the larger and more densely traveled commercial streets such as Ventura Boulevard.

The region has continually been a forward-moving area that relies upon the employment centers in and about the city of Los Angeles, as well as, all of the San Fernando Valley. Van Nuys has, in the past and present, relied fairly heavily upon local and "mom and pop"; many relating to the Airport industries. According to the Valley Economic center, there are presently some 10,136 businesses operating within the general neighborhood boundaries. Though the area was fairly hard hit from the San Fernando Earthquake, it never-the-less, has bounced back to again attract development. Due to the Van Nuys location and distance to downtown Los Angeles, the region will likely continue to be in demand with the current economic conditions that have remained growth oriented in comparison to the 1990 through 2000 period.

## Summary

Overall, the subject's market area is considered to be stable and signs of a leveling real estate sector have surfaced in the form of moderating housing prices, that is appreciation falling below the rapid 20% plus of the past four years, with protracted marketing periods. Retail, industrial and commercial property, as well, with occupancies remaining stable, as the area has virtually no new development and continues to rely upon second generation space or fully modernized structures. In spite of the rising interest environment by the Federal Reserve, there is both leasing and sale activity taking place, albeit, at lower absorption levels than over the past five years. The Van Nuys area continues to grow through redevelopment projects and although the growth rate is minimal due to restrictions in land availability, demand remains adequate in all sectors of the real estate market.

============================================================*Robert E. Mc Graw, MAI*

## Market Area

**Location and Boundaries**

The subject property is located in the district of Van Nuys essentially within the Central Business District (CBD) due to the Airport adjacent support.

The process of defining market area boundaries involves considering physical barriers, social, political and economic characteristics, and the type and quality of the buildings. In the subject's case, it is appropriate to delineate the market area boundaries as primarily industrial, with commercial development within ½ mile. The market area is a concise neighborhood that developed mainly from the mid 1950's.

**General Character and Development**

The subject's market area can be characterized as being in the stable-to-revitalization phase of a market area's life cycle. It presently is experiencing growth and remodel or rehabilitation. The development immediately surrounding the subject property between Sherman Way on the south and Roscoe Boulevard on the north along Woodley Avenue includes the following:

> **East Line of Woodley Avenue** consists of mixed-use industrial development which is generally older. The industrial uses consists primarily of 5,000 to 25,000 SF single tenant buildings, although a few multi-tenant buildings exist. The subject property is on this side of the street.
>
> **West Line of Woodley Avenue** consists of entirely industrial development with typically larger buildings to 70,000 SF. There is also a converted concrete panel building into public storage. This side of the street backs westerly to the runways of Van Nuys Airport.

The areas beyond and north are typically mixed commercial on the primary streets and residential on the secondary streets. South of the subject property the area is a blend of residential, multi-family apartment and condominium property with commercial uses along the commercial corridors; including office, professional office and medical office. East of the subject property for

===========================================================Robert E. Mc Graw, MAI

a few blocks, the area remains industrial and then becoming residential on the secondary streets. The City Hall, Police Station and public buildings are located off of Van Nuys Boulevard which runs parallel to Woodley Avenue several blocks to the east. West of the subject property the development remains mixed-use commercial along the major streets and then diminishes into residential on the secondary streets; there is a also a small amount of industrial development that sits adjacent to the airport.

## Summary

Overall, the subject's market area is considered to be stable but signs of a revitalization in the retail sector has surfaced in the form of remodel, rehabilitation or construction thereof. In spite of the current economic climate, with rising interest rates and historically high gasoline pries, there is still market activity still taking place due to an optimistic outlook for the remaining year and into the first part of 2007. The Anderson School of Business has made recent forecast that show the local economy slowing but remaining active through the years end with housing slowing only moderately.

34

================================================================*Robert E. Mc Graw, MAI*

# MANUFACTURED/RV/MOBILE HOME MARKET ANALYSIS
# LOS ANGELES, CALIFORNIA

The subject property is an existing trailer park located in Van Nuys, a San Fernando Valley oriented community in the eastern portion of the valley.

Mobile home parks and trailer parks are characterized as investment-grade real estate, although appealing to a fairly narrow investor's market on a regional and national basis; they are somewhat specialized in management. Mobile home parks and trailer parks are commonly rated or defined within the market place on the Woodall System, a star rated system basis of 1-5, with 1 being the least attractive and 5 being the most luxurious. Interviews with local brokers and investors of the product type indicate that there remains an active market. Reasons for the market demand is commonly founded in stable cash flows, albeit, rent control in many area's can limited this aspect of the asset, the issue of affordable housing, and the in-fill nature of the property that many times represents an interim use or current use that is not the highest and best use of the underlying land. While significant hurdles exist in the conversion of mobile home parks to other uses, the market never-the-less will many times view a lower * park in this regard, whereas higher * parks tend to see continued existing use.

In comparison to alternative investments of apartments, multi-tenant office or business parks, mobile home parks tend to offer lower risk through limited supply and good demand via the affordable issue and thus, offer the investor a typically stable cash flow.

Pricing in the mobile home market has typically been one driven by actual occupancy and rents with less emphasis placed upon pro-forma rents or achievable occupancies. However, the past six years of low mortgage rates and unprecedented demand for housing has shifted the traditional thinking of many mobile home park buyers as measured by declining capitalization rates. As with other investments, the trend in the capitalization rate has been down, reflecting both lower debt cost

======================================================*Robert E. Mc Graw, MAI*

and the desire to own real estate as an investment. Capitalization rates for mobile home parks have, in general, fallen from the mid to upper 11% range in 2001 to near 6% rates today, with listings many times sub 5%. This trend is not specific to the mobile home park, but rather is a trend that is common to all types of asset investment over the past six years. Looking forward, the trend in capitalization rates appears to be skewed higher as continued inflation fears in the national economy have the Federal Reserve on path to continue to tighten monetary policy to dampen this current energy-driven inflation environment.

The local market of the San Fernando Valley is apart of the city of Los Angeles and as such, has the burden of the Rent Stabilization Ordinance. The ordinance was designed and implemented to keep landlords from pricing rents at levels that would be out of reach for many and to allow for long-term tenants to be subject to maximum allowable annual increases. In Los Angeles, the rent ordinance generally limits annual increases to 3% and affects housing constructed and issued a certificate of occupancy prior to1977. On development completed from 1978 forward there is typically no rent control. While the ordinance was primarily implemented for multi-family housing, it also applies to mobile home parks and segments of the park where stick-built housing exist, as well.

Development trends in the mobile home market have been limited throughout the San Fernando Valley as the amount of available land is nonexistent. In fact, due to the rapidly rising land values in the greater Los Angeles Basin, mobile home park development remains extremely low. In contrast, development of mobile home parks is more likely to be found in the outlying area's such as the high desert regions of Lancaster, Palmdale and the Rosemont area. Also, the counties of San Bernardino and Riverside have seen limited development and again, only in the outlying areas of these counties is the evidence of new or newer parks evident.

The downturn in park development stems from the economics of the park, in general. The cost of development continues to rise, including local and state fee's, soft and hard cost of

=========================================================*Robert E. Mc Graw, MAI*

construction and management. However, the space rent has not been able to keep pace with the rising cost, thus the economic feasibility of the park is questionable, at best. This again, is another factor in the market that has many parks located within in-fill locations having another use.

Current market activity in the greater Los Angeles area, for on market property as measured by Los Angeles Times listings, Loopnet listings and local MLS listing remains fairly static at approximately 15 parks. It is more common to see lower star-rated parks listed as the higher demand parks will many times trade between principals.

As such, market data from Los Angeles County can be utilized when making comparison analysis, thought the actual number of sale transactions is fairly limited during the past 12 months, deemed to be the market period in which data is likely to be competitive.

## Market Activity

During the past 24 months, there has been a modest amount of park properties that have transferred ownership in Los Angeles County according to my search of Costar, Loopnet and the MLS. The comparable's, selling range per space dating to 2001 indicate a price range of $19,000 to $87,500, rounded, on a per space basis. According to Costar, the following trends are noted. The trends cover the period of 2001 through 2005.

### Mobile Home Park Trends-Los Angeles County

|  | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|
| Total Sales | 5 | 10 | 4 | 2 | 7 |
| $ Volume | $5.08M | $11.99M | $2.27M | $1.90M | $35.80M |
| Total Spaces | 265 | 485 | 52 | 84 | 570 |
| Avg.$/Space | $19,170 | $24,741 | $34,952 | $13,095 | $59,833 |
| Avg. OAR | 11.13% | 10.40% | 9.61% | 8.74% | 6.69% |
| Avg. GRM | 5.00x | 6.49x | 7.14x | 8.03x | 8.39x |

*Woodley Trailer Park*=============================================================================== 23

======================================================*Robert E. Mc Graw, MAI*

The trends portrayed by Costar suggest the market has been relatively thin in terms of sales during the period of 2001 to 2005. Yet, the trends do suggest that activity remained fairly uniform in the asset sector. Also, the data suggest that the market began to see fairly large price movements on a price per space basis, although 2004 reported few sales that would be less indicative of the overall trend.

## Summary

As with many mobile home markets throughout Southern California, the San Fernando Valley market can be characterized as optimistic due to continued demand for the asset type and potential change in use opportunity. Population and employment levels within Van Nuys and Los Angeles County have increased based on the 2000 Census and State of California employment figures, respectively. With these increases in employment and population, it can be anticipated there will also be increases, although I perceive it to be only slight from current levels, in the occupancy levels in Los Angles County. In light of the ongoing economic upturn, it is perceived the subject's market will, more than likely, show minimal space rental increases during 2006 and into 2007.

In addition, it is necessary to estimate the marketing time to sell the subject property. It is my opinion that the most likely marketing time required to sell the subject property at the final value conclusion in this report is 2 to 6 months. I spoke with William Pyle, Jr., of Sperry Van Ness, a specialized product type broker for the mobile home product, as well as, being a owner-investor who indicated that listings are on the market for an average of 4 months with aggressive marketing. Further, he feels that certain parks with good upside potential have a much lower marketing time as demand exist for this type of property. The marketing period estimate assumes the property is listed with a knowledgeable broker specializing in this type of property and familiar with the local market.

In regards to exposure time, the subject property would likely have been on the market for

=========================================================Robert E. Mc Graw, MAI

2 to 6 months.  Thus, exposure time would most likely be similar as the trends study by Costar

suggest the market for the mobile home park asset is maintaining momentum.

The subject property is listed with Marcus & Millichap at $1,745,000 and was on the market

approximately 1 month prior to the current sale.  This period is below the estimate of 2-6 months,

however, it is known the buyer intends to demolish the park and redevelop as public storage.  Thus,

the marketing period more likely reflects a land acquisition time frame than a RV or trailer park.

===========================================================*Robert E. Mc Graw, MAI*

# PROPERTY DESCRIPTION

## Site

| | |
|---|---|
| Location: | 7936 Woodley Avenue<br>Van Nuys, California |
| Assessor's Parcel Number: | 2206-006-003 |
| Shape: | Rectangular. |
| Area: | 41,996 SF. or 0.9641 Acres. |
| Frontage: | 100 feet on the east line of Woodley Street.<br>420 feet on the north line of Blythe Street . |
| Topography: | Level. |
| Street Improvements: | Concrete curbs, gutters, and sidewalks fronting the subject's property line on Woodley Street. THE SUBJECT PARCEL HAS NO SIDEWALK. |
| Soils Conditions: | A soils report on the subject parcel was not reviewed. However, it is assumed that the soil is of sufficient load-bearing capacity to support the existing structure. No evidence to the contrary was observed upon the physical inspection of the property. The drainage of the tract appears to be adequate. The appraiser is not qualified to determine soils conditions, a Phase I is recommended. |
| Environmental Report: | No report has been provided for review. The appraiser is not aware of any environmental problems on or near the subject site. |

Utilities:

| | |
|---|---|
| Water: | City of Los Angeles Department of Water and Power. |
| Electricity: | Southern California Edison Company. |
| Gas: | Southern California Gas Company. |
| Telephone: | General Telephone Company. |

===========================================================*Robert E. Mc Graw, MAI*

| | |
|---|---|
| Access: | **Woodley Street** is presently a 75 foot wide right-of-way, two-lane, asphalt-paved arterial street providing ingress and egress to the subject property. The traffic flows in an north/south direction. Access is not available from Blythe Street. |
| Land Use Restrictions: | A preliminary report of title was provided for review. There are various easements for public utility and services, drainage, sewer, etc. To the appraiser's knowledge, there are no known easements or restrictions that would adversely affect the utilization of the site as vacant. |
| Flood Hazard: | According to the Community Panel No. 060137-0005 C, National Flood Insurance Rate Map, revised September 28, 1990. The subject property is in Flood Hazard Zone C. As such, the subject does not require flood hazard insurance. |
| Seismic Hazard: | The subject property is not located within a designated special studies earthquake hazard zone per the Alquist-Priolo Special Studies Zone. |
| Comments: | The subject site is a typical parcel located on the northeast corner of Woodley Avenue and Blythe Street and facing to a north/south traffic pattern with no current restrictions on access. The property is sub metered, meaning that one meter goes into the park and then distributed so that each space is charged as used. |

===========================================================*Robert E. Mc Graw, MAI*

# DESCRIPTION OF IMPROVEMENTS

The subject improvements consist of an existing trailer park with recreational vehicle spaces, mobile home spaces and stick-built residences. There is also one non conforming RV, mobile home space that was created when the access to Blythe Street was removed; this space is not counted and not included in the valuation. The following improvement description is based on the physical inspection of the subject property on the date of valuation; June 21, 2006.

## Trailer Park

### General Data

| | | | |
|---|---|---|---|
| Year Built: | 1926 | | |
| Effective Age: | 75 years | | |
| Remaining Economic Life: | 5 years (See Highest & Best Use For Detail) | | |
| Number of Spaces: | Rec. Vehicle | Mobile Home | Housing Studio/2-Bed. |
| | 23 | 3 | 2/1 |
| Total Spaces: | 29 | | |
| Density: | 30.08/Acre | | |
| Recreational Vehicle Spaces: | Approximately 22 x 45 | | |
| Mobile Home: | Approximately 30 x 45 | | |
| Residence: | 1,070 SF | | |
| Studio Unit # B: | 522 SF | | |
| Studio Unit # C: | 576 SF | | |

### Construction Detail-Residence & Apartments

| | |
|---|---|
| Foundation: | Concrete perimeter footings. |
| Framing: | Wood frame. |

===========================================================*Robert E. Mc Graw, MAI*

| | |
|---|---|
| Floors: | Carpet or Vinyl. |
| Exterior Walls: | Stucco. |
| Roof: | Composition materials. |
| Fenestration: | Minimal. |
| Electrical Service: | Residential/sub metered. |
| Gas: | Residential Line/sub metered. |
| Plumbing: | Each guest room has a tile/fiberglass shower over tub, toilet, and wash basin. |
| Fire Protection: | None. |
| Laundry Room: | Yes, 2 each, leased washer/dryer. |

## Interior Detail

| | |
|---|---|
| Layout: | The front residence is a 2-bedroom house that is in fair condition lacking maintenance on the interior and exterior. On the date of inspection the owner was in the process of completing repairs to the improvement. |
| Walls: | Plaster or drywall. |
| Ceilings: | Plaster or drywall. |
| Lighting: | None. |
| Recreational Facilities: | None. |
| FF & E: | None. |

## Site Improvements

| | |
|---|---|
| On-Site Parking: | One per space; plus 3 open at front residence and a 1-car garage. Asphalt driveway. |
| Landscaping: | Landscaping consisting of a trees, shrubs, and flowers on the site. |

===========================================================Robert E. Mc Graw, MAI

| | |
|---|---|
| Condition: | The subject improvements were constructed in 1926. The structure and site improvements are in fair condition. |
| Quality & Functional Utility: | The improvements are of average quality materials and provide adequate functional utility for their intended use. |
| Comments: | The subject property is in fair condition as a result of lacking prior maintenance of both site improvements and the residences. The owner was in the process of completing repairs on the date of inspection. |

======================================================*Robert E. Mc Graw, MAI*

## ANNUAL PROPERTY TAXES AND ASSESSMENTS

The subject property is located in the City of Los Angeles, district of Van Nuys, San Fernando Valley of Los Angeles County and as such, is taxed by these governing bodies. The 2005-2006 tax rate is 1.0112 per $100 of the property's full cash value. Under the provisions of Article XIIIA (Proposition 13), properties are assessed based on their market value as of March 1, 1975, the base year lien date. This valuation may increase only 2% per year until such time as the property is sold, substantial new construction occurs, or the property's use is changed. Under the foregoing circumstances, the property may be reassessed to its market value.

The current assessment for the subject is as follows:

| | |
|---|---|
| APN | 2206-006-003 |
| Land | $  789,672 |
| Improvements | $    29,029 |
| Total | $  818,764 |
| Taxes | $ 10,542.73 |

This is the current actual tax liability for the subject property. Current tax liability is normal and reflects the land and improvements. The Income Approach will utilize forecast taxes based upon transfer consistent with the taxing agency in fee simple. As a result of the sale, a supplemental tax bill will account for the new assessed value which is likely to be the sale price of $1,700,000.00.

============================================================*Robert E. Mc Graw, MAI*

# ZONING

The subject property is located in the city of Los Angeles and is zoned RMP-1 (Residential

Mobile Home Park).   The General Plan use calls for Light Manufacturing within the Reseda-West

Van Nuys Community Plan Area. The following are the zoning requirements established by the City

of Los Angeles Planning and Zoning Department:

| | |
|---|---|
| Height: | 35 feet maximum (Airport Horizontal Surface Area). |
| Setbacks: | 5 to 15 feet landscaping setback from Woodley Street; none for rear and side yards unless abutting residential uses. |
| Parking: | The subject provides a total of 40 parking spaces which is non conforming to the current land use as a limited services motel. |
| Lot Size: | The minimum lot size for development is 2,500 square feet. |
| Landscaping: | Approximately five (5) percent of the parking area. |

The subject property is in conformity to the zoning requirements of the City of Los Angeles

as per the current code however, it is not in code compliance to the General Plan Land Use.  There

are no known deed restrictions (public or private) which would further limit the use of the subject

property. This statement should not be taken as a guarantee or warranty that no such restrictions exist.

Deed restrictions are a legal matter and only a title examination by an attorney or title company

would normally uncover such restrictive covenants. Thus, a title search of the subject property is

recommended to determine the existence of such restrictions.

================================================================*Robert E. Mc Graw, MAI*

# HIGHEST AND BEST USE

According to the <u>Dictionary of Real Estate Appraisal</u>, a publication of the American Institute of Real Estate Appraisers, the highest and best use is defined as:

(1)    The reasonable and probable use that supports the highest present value of vacant land or improved property, as defined, as of the date of the appraisal.

(2)    The reasonably probable and legal use of land or sites as though vacant, found to be physically possible, appropriately supported, financially feasible, and that results in the highest present land value.

(3)    The most profitable use.

We evaluated the site's highest and best use as if vacant. The highest and best use must meet four criteria. The use must be (1) physically possible, (2) legally permissible, (3) financially feasible, and (4) maximally productive.

## As Vacant

<u>Physically Possible</u>

The first test is what is physically possible. As discussed in the Property Description section, the site's size, soil, and topography do not physically limit its use. The subject property's site has an area of 41,996 square feet which is large enough to accommodate most trailer/mobile home parks or other uses. The corner parcel, however, would also likely entertain most industrial or quasi-industrial uses due to the visibility, exposure of frontage, and traffic directional flow.

<u>Legally Permissible</u>

The second test concerns permitted uses.  According to an understanding of the zoning ordinance, mobile home or trailer park  uses are permitted. Also, according to the general land use plan, industrial development is one likely viable and legally permissible use. A zone change would be necessary for the industrial application yet, it is well within the policy of the city of Los Angeles.

<u>Financially Feasible</u>

========================================================*Robert E. Mc Graw, MAI*

The third and fourth tests are, respectively, what is feasible and what will produce the highest

net return. The subject is located in a industrial area in the Van Nuys area, and just east of the Van

Nuys Airport. The neighboring land uses consist of older industrial properties, i.e., and mostly related

to the airport function, thus they tend to be industrial.

Support for the financial feasibility of the subject property can be demonstrated by utilizing

a land sales that considers the residual value to the land based on the concluded highest and best use.

The following map has been inserted into the highest and best use analysis because it sets forth with

clarity the intentions of the city with regards to the actual zoning and land use versus the general plan

and land use. Not withstanding, it is evident the subject property is an island within the industrial

area of the Reseda-West Van Nuys Community Plan Area.



The area in purple defines industrial use. The subject property is the small orange rectangle

at the northeast corner of Woodley Avenue and Blythe Street. Clearly the area suggest industrial use

as the consistent and homogeneous development pattern.

The actual use of the purple area by visual inspection also fully supports existing industrial

*Woodley Trailer Park*=====================================================================

34

========================================================*Robert E. Mc Graw, MAI*

development, as well as, the Van Nuys Airport.

In addition to the Zimas Land Use Map for the city of Los Angeles, the following industrial land sales have been researched to assist in the understanding of the general land values in and about the area.

| APN | Sale Date | Sale Price | Price/SF Land | Comment |
|-----|-----------|------------|---------------|---------|
| 2210-030-019 | 03-24-06 | $1,175,000 | $43.56 | Tow Yard Use (M-2) |
| 2210-025-017/018 | 05-12-05 | $1,775,000 | $42.49 | Industrial Use (M-2) |
| 2209-034-003/010 | 07-08-04 | $1,600,000 | $28.04 | Industrial Use (R-1) |

As the data indicate, without regards for any adjustment process or attempt to reconcile the sales data to the subject property, the underlying value of industrial land, as the highest and best use ranges approximately $28.00 to $43.00 per square foot. Note that the lowest per square foot parcel is residential and will need zone change for the highest and best use; much like the subject property in terms of land use change. The subject property calculates to $40.48 per gross square foot and is consistent with the most recent sales listed.

The conclusion of this analysis indicates that the land under the subject property, in fee simple, would be built-out and most likely in an industrial or industrial related manner. Further, support for the development of the site within the next 60 month period is based upon the demand from and for the sites above.

Maximally Productive

Thus, a mobile home or trailer park use is a potential maximally productive use of the site under the as vacant analyses. However, the highest and best use of the subject site, if vacant, is to be developed as industrial or industrial related use as demand for the area and adjacent development has become financially feasible. This suggest that the subject property by consistent land use, existing land use, potential land use, and the General Plan use is likely in an interim state of use.

*Woodley Trailer Park*=================================================== 35

===========================================================*Robert E. Mc Graw, MAI*

Therefore, the subject property is an interim use as a trailer park.

<u>Conclusion</u>

Therefore, the highest and best use of the subject site, if vacant, is to develop the site as vacant is not the likely best use of the site as market conditions and demand dictates development within the industrial sector. The perceived period for development is from the present time out five years into the future; allowing for entitlement and zone change, engineering, plan check, resident relocation and such for final approval and the ultimate start of site work. Because the Reseda-West Van Nuys Community Plan Area calls for industrial development, it is far more likely that an industrial or industrial related use is the anticipated use.

## As Improved

The current improvements are a legal non conforming use to the MHP-1 zone (on site parking is not meet), maximizes the allowable development density of the site, and utilizes the street access of the site. Also, there is one non conforming space which was the driveway apron onto Blythe Street. The improvements are 80 years old (chronological) and have an estimated remaining economic life of 5 years or less. As evidenced by the conclusions of the as vacant value range contained in this section, the site, "as improved", contributes minimally to the overall value which indicates the improvements are not providing a return to the land; in fee simple. The time necessary and cost associated with demolition of the trailer park and rent-up of the hypothetical building has also been determined to be financially feasible. No other uses would provide a greater return that would require demolishing the existing improvements; with demolition being of minimal cost due to the few structures on the site in the as is condition.

===========================================================*Robert E. Mc Graw, MAI*

# VALUATION PROCESS

## Methodologies

Appraisers typically use three approaches in valuing real property: the Cost Approach, the Income Approach, and the Sales Comparison Approach. The type and age of the property and the quantity and quality of data affect the applicability of each approach in a specific appraisal situation.

The Cost Approach has not been addressed with the report and does not invoke the departure provisions of USPAP as the market in general would not look to the depreciated cost of the improvements as a method of valuation. In the highest and best use section, land value was presented to support the interim nature of the subject property. The subject property is being appraised in the as is condition without hypothetical or extraordinary assumptions.

The Sales Comparison Approach involves a search for recent sales of comparable transient or Limited Services motels and an analysis of the data as it relates to the subject property. A correlation of the data has provided a value estimate for the subject via the Sales Comparison Approach.

In the Income Approach, I have estimated the subject's capacity to produce income through an analysis of the defined rental market. Proper fixed and operating expenses were determined to yield a net annual income. An estimated value for the subject is derived through one or both of the following methods: (1) direct capitalization of the indicated net operating income by a market-derived overall capitalization rate, and (2) a discounted cash flow analysis over a typical holding period utilizing market-derived investment parameters, i.e., yield rates, going-in and terminal capitalization rates, growth rates for income and expenses, etc. The appraisal process is then concluded by reviewing each of the approaches to value. Finally, the value estimates are reconciled by the approaches and the subject's final value is estimated.

*Woodley Trailer Park*================================================================================== 37

=====================================================*Robert E. Mc Graw, MAI*

# INCOME APPROACH

## Methodology

The Income Approach is a method of converting the anticipated economic benefits of owning property into a value estimate through capitalization. The principle of "anticipation" underlying this approach is that prudent investors recognize a relationship between income and an asset's value.

In order to value the anticipated economic benefits of a particular property, potential income and expenses must be estimated and the most appropriate capitalization method selected.

The two most common methods of converting net operating income into value are direct capitalization and discounted cash flow analysis. In direct capitalization, net operating income is divided by an overall rate extracted directly from market sales to indicate a value. In the discounted cash flow method, anticipated future net operating income streams and a reversionary value are discounted to an estimated present value.

In valuing the subject property, it is my opinion that, in estimating the fee simple interest, the direct capitalization method is most appropriate. This method is most commonly found throughout the smaller mobile home or trailer park segment in both listing analyses, offer analyses and buyer expectations.

A survey of the primary competition has been completed in order to determine the probable space rents and residences appropriate for the subject property. Rental information has been obtained for recreational vehicle space, mobile home space and residence space, specifically studio and 2-bedroom units. The survey remained within the Van Nuys area and attention was centered on older parks and housing as they best compare to the subject property.

================================================================*Robert E. Mc Graw, MAI*

## Residential Rents

**Rental 1** relates to the single-family residence located at 7325 Woodley Avenue, in Van Nuys. The property consist of a detached single-family residence with attached 2-car garage located on a corner parcel south of the subject property. The improvement is approximately 1,000 square feet and has 2-bedrooms and 1-bathroom. The rent includes range, oven, refrigerator and laundry hook-ups. The condition of the property is fair and the landlord is underway with repairs, much as the subject property. The rent is $1,450.00 per month and there is a security deposit equal to a month rent with the landlord paying cold water and trash.

**Rental 2** relates to the small rear studio unit behind the single-family residence located at 7112 Ranchito Avenue, in Van Nuys. The rental unit consist of an attached rear unit somewhat like the subject property. The improvement is approximately 600 square feet and is a studio with 1-bathroom. The rent includes no kitchen appliances. The condition of the property is average which is superior to the subject property. The rent is $825.00 per month and there is a security deposit equal to a month rent with the landlord paying all utilities.

**Rental 3** relates to the small studio unit within a triplex building located at 14336 Gilmore Street, in Van Nuys. The rental unit consist of a attached middle unit somewhat like the subject property. The improvement is approximately 400 square feet and is a studio with 1-bathroom. The rent includes no kitchen appliances. The condition of the property is average which is superior to the subject property. The rent is $700.00 per month and there is a security deposit equal to a month rent with the landlord paying all utilities.

## Recreational Vehicular/Mobile Home Rents

**Rental 4** relates to the Birmingham RV Park located at 7740 Balboa Boulevard, in Van Nuys. The RV Park contains a total of 187 spaces and was constructed circa 1955. The park has similar to superior appeal and amenities. The space rates are based on a month-to-month rent of $495.00 to

*Woodley Trailer Park*========================================================================  39

=========================================================Robert E. Mc Graw, MAI

$540.00, without full hook-ups of utility. The park also offers daily and weekly rates which vary based upon needs of the traveler. As of June 2006, the park is 100% occupied without vacancy.

**Rental 5** relates to the Park Royale located at 7650 Balboa Boulevard, in Van Nuys. The Mobile Home Park contains a total of 145 spaces and was constructed circa 1965. The park breakdown includes 120 single-wide and 25 double-wide spaces. The park has superior appeal and amenities. The space rates are based on a month-to-month rent of $500.00 to $550.00, with common utilities. The park does not offer daily or weekly rates. As of June 2006, the park is 100% occupied without vacancy.

**Rental 5** relates to the Shady Grove Trailer Park located at 16811 Saticoy Boulevard, in Van Nuys. The Trailer Park contains a total of 22 spaces and was constructed circa 1930. The park breakdown includes 22 RV spaces. The park has similar appeal and amenities. The space rates are based on a month-to-month rent of $350.00, with common utilities. The park does not offer daily or weekly rates. As of June 2006, the park is 100% occupied without vacancy.

### Rent Survey Summary

| Unit Type | Monthly Rent Range | Rent Comment |
|---|---|---|
| Studio Apartment | $700.00- $825.00 | $2.00-$2.65/SF |
| 2-Bedroom House | $1,450.00 | $1.45/SF |
| RV Space | $350.00-$540.00 | Similar-Superior |
| Mobile Home Space | $500.00-$550.00 | Superior |

**Comments/Qualitative Considerations**

The studio apartment rents obtained reflect current rents within small buildings that are subject to rent control. The rents, however, reflect market levels as the prior tenant left by voluntary vacancy allowing the landlord to bring the unit rent to present pricing. Based on the data, a concluded market rent for the subject studio units is $700.00 as a monthly rent however, rent control

=========================================================*Robert E. Mc Graw, MAI*

precludes. The larger 2-bedroom house, while not rentable at the inspection date due to work being completed, will nevertheless be available for occupancy within a months time. Additionally, the work being completed is well within the annual expense amounts forecast thus, there is no adjustment. The forecast rent is $1,400.00 per month; below the comparable rent however, the rental is a fully detached single-family residence not affiliated with an RV park.

The RV and mobile home spaces suggest a range of $350.00 to $550.00 with the upper end of the range coming from noted superior parks. All three of the data are located very similar on the west side of the airport and share similar location. The subject property by comparison likely falls at the mid-range of the survey and without differentiation of RV or mobile home space. The concluded space rent is $475.00 on a monthly basis.

=========================================================*Robert E. Mc Graw, MAI*

## Rent Roll Summary

| Space # | Actual Rent-June 1, 2006 | Forecast Rent-June 1, 2006 |
|---|---|---|
| 1 | $475.00 | $475.00 |
| 2 | $475.00 | $475.00 |
| 3 | $412.00 | $475.00 |
| 4 | $412.00 | $475.00 |
| 5 | $386.25 | $475.00 |
| 6 | $412.00 | $475.00 |
| 7 | $430.00 | $475.00 |
| 8 | $495.00 | $475.00 |
| 9 | $495.00 | $475.00 |
| 10 | $442.90 | $475.00 |
| 11 | $391.40 | $475.00 |
| 12 | $400.00 | $475.00 |
| 13 | $412.00 | $475.00 |
| 14 | $386.25 | $475.00 |
| 15 | $412.00 | $475.00 |
| 16 | Vacant | $475.00 |
| 17 | $400.00 | $475.00 |
| 18 | $475.00 | $475.00 |
| 19 | $397.58 | $475.00 |
| 20 | $386.25 | $475.00 |
| 21 | $475.00 | $475.00 |
| 22 | $475.00 | $475.00 |
| 23 | $412.00 | $475.00 |
| 24 | $400.00 | $475.00 |
| 24-A | Manager-Non-Conforming Space | |
| 25 | $450.00 | $475.00 |
| 26 | $386.25 | $475.00 |
| Studio | $575.00 | $575.00 Rent Control Apartment |
| Studio | $669.50 | $669.50 Rent Control Apartment |
| 2-Bedroom | Vacant | $1,400.00 |
| **Totals** | **$11,938.38** | **$14,994.50** |

========================================================*Robert E. Mc Graw, MAI*

## Projected Gross Rental Income

The forecast monthly rental income is $14,994.50 and annualized is $179,934.00 reflecting income from all rental sources.

## Other Income

The subject property has other income which includes laundry room coin operated machines, the machines are leased. There is utility income from the sub metered utilities which are more commonly classified as a pass through expense. The laundry income has average approximately $1,050.00 for the past three years with near 100% occupancy. The forecast laundry income is $1,050.00 for the current analyses. Utility reimbursements have averaged $9,300.00 for the prior years and, year to date, are approximately $10,055.00. The forecast reimbursement income is $10,200.00 and accounts for all RV spaces, the studio units and the 2-bedroom house.

## Vacancy and Collection Loss

In most stabilized parks like the subject property, vacancy and collection loss tends to be minimal as the cost to move the coach or trailer and the limited number of alternative parks keeps tenants stable. Also adding to the low vacancy and collection loss is the low cost of tenancy, transfer and rebuilding cost, and that fact that many parks have age restrictions which limits movement of older items. As of the inspection date, June 21, 2006, the subject property has a vacancy in the RV space product and the 2-bedroom house is vacant as it under goes remodel work. Historically, according to the listing agent and the tenants, the park has maintained a very low vacancy and turnover and, upon inspection this appears due to the older nature of the trailers. For the purpose of the income analysis, a 5 percent vacancy and collection loss is appropriate.

## Operating Expense-2004, 2005, YTD 2006

The total operating expenses for the subject property are set forth below. The operating expenses are broken down into the common operational categories, thus each category reflects sub

============================================================Robert E. Mc Graw, MAI

segments of the operating category. The addenda of the report contains the complete records as

submitted by Union Bank of California, breaking down each category, where reported, into subsets

with the associated expense. For the year 2004, only September, November and December months

were available due to poor management and the subsequent change. December 2004 has been

reported in the table of expenses. Also, 2006 remains a partial year, as year-to-date. Thus, only 2005

has a complete record of operations.

## SUBMITTED EXPENSE SUMMARY-Woodley Trailer Park

| Year | 2004 | 2005 | YTD 2006-May |
|---|---|---|---|
| **Category** | | | |
| Real Estate Tax | ($)5,231.25 | 5,271.37 | 5,271.36 |
| Insurance | ($)619.71 | 7,894.59 | 1,240.33 |
| Permits/License | ($)00.00 | 5,651.24 | 2,646.17 |
| Natural Gas | ($)00.00 | 2,858.03 | 1,147.90 |
| Electrical | ($)3,196.65 | 12,375.25 | 4,833.09 |
| Water/Sewer | ($)776.12 | 5,861.56 | 2,342.37 |
| Disposal/Trash | ($)00.00 | 6,847.90 | 2,342.37 |
| Grounds Maintenanceq | ($)00.00 | 600.00 | 68.00 |
| Maintenance/Repairs | ($)00.00 | 5,446.00 | 1,069.50 |
| General/Administrative | ($)1,832.54 | 7,060.42 | 2,681.83 |
| Management/Payroll | ($)1,069.63 | 3,302.41 | 319.12 |
| Reserves | ($)00.00 | 00.00 | 00.00 |
| **Annual Totals** | **N/A** | **63,168.77** | **N/A** |

========================================================*Robert E. Mc Graw, MAI*

## Comments/Forecast 2006 Expenses

**Real Estate Tax** - The historical period of 2004 through 2006 indicates that the tax expense has likely been miscalculated as Proposition XIII calls for 2% annual increases when no transfer of real property has occurred. Actual appears to show half year payments in 2005 and 2006. The subject property will be reassessed upon close of escrow and most likely the sale price of $1,700,000 will be utilized by the Los Angeles County Assessor to form the basis of the tax liability through a supplemental tax statement for the immediate forward tax period. Thus, taxes are based upon the purchase price and are estimated at $19,350.00.

**Insurance** - for the full year 2005 there appears to be a double payment or some other form of payment as insurance on the property should not be at this level. The common insurance liability policy covers fire, risk damage and public liability. Commonly, this expense should range $75.00 to $100.00 per approved park space. Given the subject property also has the residence wold tend to place this expense at the upper limits. The estimated insurance expense is base upon $90.00 per space or $2,610.00.

**Permits/License** - This category of expenses is relatively high for such a small ,older park. Permits and licenses should include city of Los Angeles fee's. The estimated expense amount is $2,500.00.

**Natural Gas** - This category includes the hot water heaters of the laundry room, each space use and the residences. The 2006 annualized amount compares fairly well with 2005. For this expense, and in recognition of increasing energy and fuel cost, $8.75 per space per month is utilized, or $3,045.00.

**Electrical** - This category of expense relates to the cost of maintaining the property and includes such items as sub metered and park expenses. The 2005 amount of $12,375.25 appears reasonable and has been trended upward by 3% for known energy cost increases of the last 24 months. Thus, the estimated expense is$12,750.00 or $36.64 per space per month.

**Water/Sewer** - This line item is self explanatory. This category will vary with occupancy and again,

*Woodley Trailer Park*========================================================

=========================================================Robert E. Mc Graw, MAI

the forecast figure is utilized against 2005 known cost. Also, with the cost of energy soaring over the past 12 months, this category is expected to grow, as well. Thus, for the 2006 forecast, the expense amount is 2% over 2005 or $5,975.00.

**Disposal/Trash** - This category includes all park removal. The actual 2005 has been utilized to forecast full year at $6,985.00 and represents a 2% cost increase over 2005.

**Grounds Maintenance** - This category includes such items as sweeping, minor gardening, etc. The actual amounts appear to be low as even 2005 reported only $50.00 per month. Given the actual state of the park, the forecast amount is $100.00 per month or $1,200.00.

**Maintenance/Repairs** - This category includes all common park areas such as the laundry room, gates, and the necessary repairs to the residences. Overall, the park appearance on the date of inspection suggest that historical levels are low. Market expectations are that the on site manager will also complete small duties on an as needed or daily basis. The forecast amount is $275.00 per space or $7,975.00.

**General/Administrative** - this category was not broken out of the expenses so it is difficult to determine what and how much of any particular item was included in the reported cost. Give the reported categories of expenses, the forecast amount is $6,425.00.

**Management/Payroll** - typically this expense will fall in the 3 to 6 percent of collected rents and depends also upon property or park size. The subject property is a smaller park and the tendency would be to see a lower percentage. The actual 2005 amount appears low as it represents less than 2.5% of the May 2006 reported rents. The estimated expense amount is 5% of effective gross income based upon effective gross income of $181,625.00 or $9,080.00.

**Reserves** - this category is for those items that will need replacement over the economic life of the property, those core items that will wear out longer term than general maintenance and repairs. The active market does not commonly include any reserves in the cash flow projection for smaller parks

*Woodley Trailer Park*============================================================

46

===========================================================*Robert E. Mc Graw, MAI*

as the subject property. All of the sale data and the market derived capitalization rates were developed without the reserve item as they were not apart of the expense estimated. For consistent analysis and by convention of market, this category is left nil.

The historical operating expenses are somewhat lacking in detail and completeness due to the aforementioned management troubles and changes the subject property has been through during the past three years. The forecast amounts reflect 2005 actual amounts which is the only year of recent data that appears to be complete. Thus, for 2006 the forecast total operating expense is $77,895.00. The forecast expense amounts equate to $2,686.03 per space, 40.74% of total gross forecast income and 42.89% of effective gross income.

The selection of a market-derived capitalization rate was completed and through the process of qualifying the data and recognizing mobile home park versus RV or trailer parks or mixed facilities, as well as, a review of current on market activity of mobile home and RV parks, the subject property by virtue of its' location, condition, occupancy and local market demographics supports a capitalization rate for year 2006 net income of 6.0%. Below is the reconstructed statement.

### RECONSTRUCTED INCOME/EXPENSE

| | |
|---|---:|
| Gross Potential Rental Income | $ 179,934 |
| Other Income | |
| Laundry | 1,050 |
| Utility Reimburse | 10,200 |
| Gross Potential Income | 191,184 |
| Vacancy & Collection Loss @ 5% | 9,559 |
| Effective Gross Income | $ 181,625 |
| Less: Operating Expense | 77,895 |
| Forecast Net Income 2006 | $ 103,730 |
| **Capitalized @ 6.0%** | $1,728,833 |

*Woodley Trailer Park*=================================================================

≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈Robert E. Mc Graw, MAI

**Indicated Value** Via **Income Approach**                    $1,725,000

# SALES COMPARISON APPROACH

## Methodology

The Sales Comparison Approach allows the appraiser to estimate the value of real estate by comparing recent sales of similar properties in the surrounding or competing area to the subject property. Inherent in this approach is the principle of substitution, which holds that "when a property is replaceable in the market, its value tends to be set at the cost of acquiring an equally desirable substitute property, assuming that costly delay is encountered in making the substitution."

By analyzing sales which qualify as arms-length transactions between willing, knowledgeable buyers and sellers, one can identify market value and price trends. Comparability in physical, location, and economical characteristics is an important criterion when comparing the sales to the subject property. The basic steps involved in the application of this approach are as follows:

(1)    Research recent, relevant property sales and current offerings throughout the competitive area;

(2)    Select and analyze those properties considered most similar to the subject, giving consideration to the time of sale, any change in economic conditions that may have occurred since the date of sale, and other physical, functional, or location factors;

(3)    Identify the sales which include favorable financing and calculate the cash equivalent price; and reduce the sales price to a common unit of comparison, such as the price per guest room;

(4)    Reduce the sales price to a common unit of comparison, such as the price per guest room; make appropriate adjustments between the comparable properties and the subject property;

(5)    Make appropriate adjustments between the comparable properties and the subject property; and

(6)    Interpret the adjusted sales data and draw a logical value conclusion.

The Sales Comparison Approach produces an estimate of value predicated upon comparisons

==============================================================*Robert E. Mc Graw, MAI*

of sales and listings of similar properties under actual market conditions. An extensive market investigation was made in the greater Los Angeles Basin for purposes of obtaining information about sales of comparable trailer parks and mobile home parks..

The market data utilized was converted into meaningful units of comparison and analyzed in relation to the subject property. The most appropriate unit of comparison to the subject is price per park space. Selection of the data required an expansion of the market to include the metropolitan area as many of the sale data could not be verified as owners, sellers, buyers and lending institution refused to divulge or verify any information relative to the income and expense operations of the comparable property at the time of sale.

## Analysis and Conclusions

The summarized primary data represents five sale transactions ranging in size from 31 to 89 park spaces with sales prices ranging from $1,400,000 to $4,220,000 or $46,060 to $77,840 per park space prior to any adjustments.

**Data I-1** pertains to the May 8, 2006, sale of the 50 space Glenair Mobile Home Park, located in Glendora, at 1700 S. Glendora Avenue, for $3,894,520 or $77,890 per park space prior to any adjustments. The property was on the market less than 2 months and the buyer was Scott S. Residence Trust. The terms of the sale included all cash down payment, sale document number 06-1002526. The sale terms are considered to be cash equivalent, and the all cash sale of at $100,000 above list price did not affect the purchase price according to the listing/selling agent, Eric Cousell of Marcus & Millichap, Ontario. There was no goodwill in the sale price nor personal property of consequence to the sale price. At the time of sale, the park had 32 double wide spaces, and 18 single wide spaces, with one vacant single wide space. According to the listing agent, the property had an average space rent of $512.00 per month and 98 percent occupancy. At the close of escrow, the

reported gross potential income was $374,889 with an estimated $6,144 vacancy and collection loss and expenses of $179,019 and a net annual income of $189,726. This results in a 10.39 times gross income multiplier and an 4.87% overall capitalization rate. The property, constructed circa 1960, has similar physical amenities to the subject property, and was in average to good condition at the time of sale. Overall, the comparable is considered to be superior in terms of condition and appeal in Glendora.

Data I-2 pertains to the April 28, 2006, sale of the 33 space Magnolia Trailer Park, located in El Monte, at 11949 Magnolia Street, for $1,520,000 or $46,060 per park space prior to any adjustments. The property was on the market approximately 5 months and the buyer was Jaime Gonzalez. The terms of the sale included $532,000 cash down payment and a seller-carried $988,000 first trust deed at 6% VIR 30/10 note, sale document number 06-0940257. The sale terms are considered to be cash equivalent, and the out-of area listing broker did not affect the purchase price according to the listing/selling agent, John Grant of Park Brokerage, San Diego. There was no goodwill in the sale price nor personal property of consequence to the sale price. At the time of sale, the park had 33 RV spaces with two vacant space. According to the listing agent, the property had an average space rent of $504.00 per month and 94 percent occupancy. At the close of escrow, the reported gross potential income was $205,304 with an estimated $9,990 vacancy and collection loss and expenses of $102,659 and a net annual income of $92,655. This results in a 7.40 times gross income multiplier and an 6.10% overall capitalization rate. The property, constructed circa 1946, has similar physical amenities to the subject property, and was in average condition at the time of sale. Overall, the comparable is considered to be similar in terms of condition and appeal in El Monte and inferior by location.

Data I-3 pertains to the October 7, 2005, sale of the 27 space Tropics Trailer Park, located in Glendora, at 428 E. Route 66, for $1,400,000 or $51,851 per park space prior to any adjustments.

========================================================Robert E. Mc Graw, MAI

The property was on the market 2 months and the buyer was Kevin Struve. The terms of the sale included $420,000 cash down payment and a La Jolla Bank $980,000 first trust deed at 6.25% VIR 30/10 note, sale document number 05-2425622. The sale terms are considered to be cash equivalent, and the buyer as a broker did not affect the purchase price according to the listing/selling agent, Victor Martinez of Coldwell Banker Foothill Properties, Upland. There was no goodwill in the sale price nor personal property of consequence to the sale price. At the time of sale, the park had 27 RV spaces with two vacant space. According to the listing agent, the property had an average space rent of $488.00 per month and 93 percent occupancy. At the close of escrow, the reported gross potential income was $158,315 with an estimated $7,915 vacancy and collection loss and expenses of $59,400 and a net annual income of $99,200. This results in a 9.11 times gross income multiplier and an 7.09% overall capitalization rate. The property, constructed circa 1953, has similar physical amenities to the subject property, and was in average condition at the time of sale. Overall, the comparable is considered to be similar in terms of condition and appeal in Glendora and inferior by location.

**Data I-4** pertains to the May 27, 2005, sale of the 86 space Californian Trailer Grove, located in Pomona, at 222 E. Foothill Boulevard, for $4,220,000 or $47,415 per park space prior to any adjustments. The property was on the market less than 3 months and the buyer was Mike Nijjar. The terms of the sale included $1,820,000 cash down payment and a United Pacific Bank $2,400,000 first trust deed at 6.00% VIR 30/10 note, sale document number 05-1246955. The sale terms are considered to be cash equivalent, and the buyer as a active investor did not affect the purchase price according to the listing/selling agent, Eric Coulsell of Marcus & Millichap, Ontario. There was no goodwill in the sale price nor personal property of consequence to the sale price. At the time of sale, the park had 86 RV spaces with two vacant space. According to the listing agent, the property had an average space rent of $459.00 per month and 98 percent occupancy. At the close of escrow, the

=============================================================Robert E. Mc Graw, MAI

reported gross potential income was $474,027 with an estimated $14,221 vacancy and collection loss and expenses of $188,679 and a net annual income of $271,127. This results in a 8.90 times gross income multiplier and an 6.42% overall capitalization rate.  The property, constructed circa 1949, has similar physical amenities to the subject property, and was in average condition at the time of sale.  Overall, the comparable is considered to be similar in terms of condition and appeal in Pomona and inferior by location.

**Data I-5** pertains to the March 11, 2005, sale of the 62 space Ace Mobile Home Park, located in Downey, at 12265 Woodruff Avenue,  for $3,050,000 or $49,194 per park space prior to any adjustments.  The property was on the market approximately 3 months and the buyer was DNA Properties. The terms of the sale included all cash down, sale document number 05-0564103. The sale terms are considered to be cash equivalent,  and the all cash buyer as a active investor did not affect the purchase price according to the listing/selling agent, Doug Danny of Marcus & Millichap, San Diego. There was no goodwill in the sale price nor personal property of consequence to the sale price.  At the time of sale, the park had 62 single wide spaces with no vacant space.  According to the listing agent, the property had an average space rent of $409.00 per month and 100 percent occupancy.  At the close of escrow, the reported gross potential income was $304,290 with an estimated $9,129 vacancy and collection loss and expenses of $150,419 and a net annual income of $144,742. This results in a 9.90 times gross income multiplier and an 4.75% overall capitalization rate.  The property, constructed circa 1956,  has similar physical amenities to the subject property, and was in average condition at the time of sale.  Overall, the comparable is considered to be similar in terms of condition and appeal in Downey and inferior by location.

The market data indicates an unadjusted price of $46,060 to $77,890 per approved park space with a central tendency of $54,473 per approved park space. Data I-1 is the sale of the Glenair which is a superior property and is deemed superior to the subject property by virtue of the newer actual

=========================================================Robert E. Mc Graw, MAI

age. Data I-2 is the smaller RV park located in El Monte. Sale I-3 is the park located in Glendora

with RV space and residences. Sale I-4 in Pomona is also a park with RV space and residences and

is on a busy commercial corridor. Sale I-5 is an RV and mobile home park within a mixed-use area

however, there is a good amount of industrial development along the immediate block.

The primary units of comparison of the sale data that can be utilized to estimate value include

the gross income multiplier, the overall capitalization rate (OAR) and the price per approved park

space. The units of comparison are listed below.

| Data # | Gross Income Multiplier | Capitalization Rate | Price Per Space |
|---|---|---|---|
| Data I-1 | 10.39x | 4.87% | $77,890 |
| Data I-2 | 7.74x | 6.10% | $46,060 |
| Data I-3 | 9.11x | 7.10% | $51,851 |
| Data I-4 | 8.90x | 6.42% | $47,415 |
| Data I-5 | 9.90x | 4.75% | $49,194 |
| **Subject (Sale Price)** | **8.89x** | **6.10%** | **$58,620** |

The selection of a gross income multiplier is best suited to like-kind gross income where the

income source and expenses are expected to be fairly similar. Improved sale 1 is a superior park as

it mainly offers mobile home spaces. The location in Glendora is mostly residential and thus, the

park fits better with the surrounding environs. Improved sale 2 is the smaller trailer park located in

El Monte. The park is located on a corner with a residential area and also backs to a school

playground. Overall, the trailer park is similar to inferior to the subject property. Improved sale 3

is located in Glendora on a fairly busy commercial corridor where predominant development is retail.

Improved sale 4 is also located on a predominately commercial street with high traffic volumes. The

park itself, however, is similar to the subject property, having RV and trailer spaces along with a few

improved residences. Improved sale 5, located in Downey, is perhaps the most similar as it is within

*Woodley Trailer Park*================================================================

53

========================================================*Robert E. Mc Graw, MAI*

an area where industrial development is also very evident. Thus, the gross income multiplier of 8.90x is supportable within the current market. The value estimate is $191,184 x 8.9 = $1,701,537.60.

The following grid compares the common factors of the RV/Mobile Home Park which results in a qualitative comparison to further refine the sales comparison approach.

## QUALITATIVE COMPARISON

|  | Subject | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| Sale Price | $1,700,000 | $3,894,520 | $1,520,000 | $1,400,000 | $4,220,000 | $3,050,000 |
| Price/ Space | $58,620 | $77,890 | $46,060 | $51,851 | $47,415 | $49,194 |
| Sale Date | Current June 2006 | May 2006 Similar | April 2006 Similar | October 2005 Inferior | May 2005 Inferior | March 2005 Inferior |
| Property Rights | Fee Simple | Fee | Fee | Fee | Fee | Fee |
| Physical Condition | Avg.-Fair | Superior | Superior | Superior | Superior | Superior |
| Unit Type | RV Park | Mobile Superior | RV Similar | RV Similar | Mix Similar | Mix Similar |
| Density Unit/Ac. | 30.08  . | 13.70 Superior | 35.87 Similar | 27.42 Similar | 22.22 Superior | 24.48 Superior |
| Location | Van Nuys | Similar | Inferior | Similar | Inferior | Similar |
| Rent Control | None | None | None | None | None | None |
| Overall Comparison | ------- | Superior | Similar | Similar | Similar | Similar |

The results of the qualitative review of the data suggests that except for the superiority of Sale 1, all of the data have fairly uniform comparison. The expected range for the subject property is then $46,000 to $52,000 per space.

*Woodley Trailer Park* ========================================================

54

==========================================================Robert E. Mc Graw, MAI

Another basis for the estimate of value is the net income disparity analysis which essentially accounts for all likeness or dissimilar aspects of the comparable to the subject property. The analysis makes the inherent assumption that gross rents at the time of sale all reflect somewhat similar values in comparison to market levels and that the expense ratio also has likeness of expectations. The calculation is a ratio of net income (subject net income/data net income times (x) the data price per space). This analysis is less reliable and is tied more directly to the income approach, yet it does assist the sales comparison approach.

## INCOME DISPARITY

| Sale # | Subject | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| NOI/Space | $3,577 | $3,795 | $2,808 | $3,674 | $3,153 | $2,335 |
| Ratio | | .9426 | 1.2739 | .9736 | 1.1345 | 1.5319 |
| Indicated/Space | | $73,419 | $58,675 | $50,482 | $53,792 | $75,291 |

This analysis suggest that data 1 and 5 are likely not as comparable and would be less reliable as an adjusted unit of comparison. The range of income disparity analysis is then $50,482 to $58,675.

The three methods of analysis of the sales comparison approach indicate a value of $46,000 to $58,500 in rounded numbers and reflect quantitative, qualitative, income and income adjusted value estimates.

After considering all of the factors that influence value, including the subject's age, size, appeal, quality, condition, location, and mix of residence and RV space, the opinion has been formed the market value of the subject property's fee simple interest by the sales comparison approach is based upon the gross rent multiplier indicated value of $1,700,000 rounded, and the per space value of $55,000 per space or $55,000 x 29 spaces = $1,595,000. Reconciled, the indicated value by the sales comparison approach is $1,650,000.

============================================================*Robert E. Mc Graw, MAI*

# RECONCILIATION AND FINAL VALUE ESTIMATE

The value indications for the subject property by the three approaches to value are as follows:

|  | "As Is" Fee Simple |
| --- | --- |
| Cost Approach | Not Addressed |
| Income Approach | $ 1,725,000 |
| Sales Comparison Approach | $ 1,650,000 |

The Cost Approach was not addressed in the report. Market participants would not likely determine market value by the cost approach or place much emphasis with regards to RV park transactions. Cost Approach techniques were utilized in the highest and best use analyses to support the contention that the as vacant use of the land would be developed and that the current improvements do represent the interim highest and best use of the parcel.

In the Income Approach, the estimated value of the subject property was determined by direct capitalization. In this approach, the estimated current income potential for the subject was supported by various measures of the hospitality industry, and then, deducted appropriate vacancy and expenses to arrive at a net operating income and year 2006 cash flow to the investment. The analysis reflects the way a potential investor would examine the income-producing capabilities of the subject property. For this reason, the Income Approach was given greater consideration than the Sales Comparison Approach in the final reconciliation of value.

In the Sales Comparison Approach, sales of RV park and mobile home parks, a defined asset group of investors, was analyzed on the basis of sale price per space and gross income multipliers. Due to the inherent differences between the comparable's and the subject property, direct comparison

========================================================*Robert E. Mc Graw, MAI*

required adjustments. Because there is a somewhat active market for asset group, the Sales Comparison Approach found five sales of similar parks for comparative analysis. The Sales Comparison Approach was helpful in supporting the value conclusion in the Income Approach and was given similar consideration. Both the income and sales comparison approach have varying degrees of validity in this report. First, it is recognized that not all sales were pure RV park, yet the sales all pertain to a common set of investors. Second, because of the pro-forma nature of the income numbers, less reliance must be placed on the resulting value estimates.

Thus, based on the analysis, the opinion has been formed that the "As Is" market value of the fee simple interest in the subject property, as of June 21, 2006, was:

**ONE MILLION SEVEN HUNDRED THOUSAND DOLLARS**

**($1,700,000)**

===================================================*Robert E. Mc Graw, MAI*

# CERTIFICATION OF APPRAISAL

The undersigned certify as follows:

1.  I, Robert E. Mc Graw, MAI, have personally inspected the subject property and all of the comparable data.

2.  I have no present or contemplated future interest in the real estate that is the subject of this appraisal report.

3.  I have no personal interest or bias with respect to the subject matter of this appraisal report or the parties involved.

4.  To the best of our knowledge and belief, the statements of fact contained in the appraisal report, upon which the analysis, opinions, and conclusions expressed herein are based, are true and correct.

5.  This appraisal report sets forth all of the limiting conditions (imposed by the terms of the assignment or by the undersigned) affecting the analysis, opinions, and conclusions contained in this report.

6.  This appraisal report has been made in conformity with and is subject to the requirements of the Uniform Standards of Professional Appraisal Practice.

7.  No one other than Robert E. Mc Graw and the undersigned prepared the analysis, conclusions, and opinions concerning real estate that are set forth in this appraisal report.

8.  My compensation is not contingent on an action or event resulting from the analyses, opinions, or conclusions in, or the use of, this report.

9.  This appraisal assignment was not based on a requested minimum valuation, a specific valuation, or the approval of a loan.

10. The American Institute of Real Estate Appraisers conducts a voluntary program of continuing education for its designated members. MAI's and RM's who meet the minimum standards of this program are awarded periodic educational certification. As of this date, I, Robert E. Mc Graw, MAI, have completed the requirements of the continuing education program of the Appraisal Institute,(formerly the American Institute of Real Estate Appraisers).

By:



Robert E. Mc Graw, MAI
Certified General Real Estate Appraiser
AG006523
CA/4-10-2007

========================================================*Robert E. Mc Graw, MAI*

## ASSUMPTIONS AND LIMITING CONDITIONS

This appraisal is subject to the following assumptions and limiting conditions:

1)    No survey of the subject property was undertaken.

2)    The subject property is free and clear of all liens except as herein described. No responsibility is assumed by the appraisers for matters which are of a legal nature, nor is any opinion on the title rendered herewith. Good and marketable title is assumed.

3)    The information contained herein has been gathered from sources deemed to be reliable. No responsibility can be taken by the appraisers for its accuracy. Correctness of estimates, opinions, dimensions, sketches and other exhibits which have been furnished and have been used in this report are not guaranteed. The value estimate rendered herein is considered reliable and valid only as of the date of the appraisal, due to rapid changes in the external factors that can significantly affect the property value.

4)    This study is to be used in whole and not in part. No part of it shall be used in conjunction with any other appraisal. Publication of this report or any portion thereof without the written consent of the appraisers is not permitted.

5)    The appraiser herein, by reason of this report, are not required to give testimony in court with reference to the property appraised unless notice and proper arrangements have been previously made therefore.

6)    The value estimate assumes responsible ownership and competent management. The appraisers assume no responsibility for any hidden or unapparent conditions of the property, subsoil, or structures which would render it more or less valuable. No responsibility is assumed for engineering which might be required to discover such factors.

7)    Neither all nor any part of the contents of this report shall be relied upon by any party other than the party which commissioned the report, nor may the report be conveyed to third parties through any means through advertising, public relations, news, sales or other media without written consent and approval of the authors, particularly as to the valuation conclusions, the identity of the appraisers, or firm with which they are connected, or any reference to the Appraisal Institute.

8)    The physical condition of the improvements described herein is based on visual inspection. No liability is assumed for the soundness of structural members since no engineering tests were conducted. No liability is assumed for the condition of the mechanical equipment, equipment, plumbing, or the electrical components as complete tests were not completed.

9)    The projections of income and expenses, including the reversion at time of resale, are not predictions of the future. Rather they are the best estimate of current market thinking of

=============================================================Robert E. Mc Graw, MAI

what future trends will be. No warranty or representation is made that these projections will materialize. The real estate market is consistently fluctuating and changing. It is not the task of the appraiser to estimate the conditions of a future real estate market, but rather to reflect what the investment community envisions for the future in terms of expectations of growth in rental rates, expenses and supply and demand.

10)     The appraisers are not qualified to detect hazardous waste and/or toxic materials. Any comment by the appraisers that might suggest the possibility of the presence of such substances should not be taken as confirmation of the presence of hazardous waste and/or toxic materials. Such a determination would require investigation by a qualified expert in the field of environmental assessment.

The presence of substances such as asbestos, urea-formaldehyde foam insulation or other potentially hazardous materials may affect the value of the property. The appraisers' value estimate is predicated on the assumption that there is no such material on or in the property that would cause a loss in value.

No responsibility is assumed for any environmental conditions, or for any expertise or engineering knowledge required to discover them. The appraisers' descriptions and resulting comments are the result of the routine observations made during the appraisal process.

=========================================================*Robert E. Mc Graw, MAI*

**ADDENDA**

========================================================Robert E. Mc Graw, MAI

**Subject Photograph-Site Layout-Parcel Map**

============================================================Robert E. Mc Graw, MAI



Woodley Avenue-North-Subject at Right



Blythe Avenue East-Subject at Left

*Woodley Trailer Park*=================================================================

Robert E. Mc Graw, MAI



Front Elevation of Woodley Trailer Park



Interior Street

Woodley Trailer Park

========================================================*Robert E. Mc Graw, MAI*



Front House/Garage



Rear Studio-Laundry Room

*Woodley Trailer Park*================================================================

═══════════════════════════════════════════════════════════════Robert E. Mc Graw, MAI



**SITE PLAN**

====================================================================Robert E. Mc Graw, MAI



**PARCEL MAP**

====================================================Robert E. Mc Graw, MAI

**Comparable Rental Photograph-Map Location**

Woodley Trailer Park

Robert E. Mc Graw, MAI



Rental 1



Rental 2

Woodley Trailer Park



Rental 3



=============================================Robert E. Mc Graw, MAI

Re            ntal 4



Ren           tal 5



================================================================*Robert E. Mc Graw, MAI*

Rental 6

*Woodley Trailer Park*=================================================================

Robert E. Mc Graw, MAI



**RENTAL LOCATION MAP**

======================================================*Robert E. Mc Graw, MAI



Improved Sale 1



========================================================*Robert E. Mc Graw, MAI*

Improved Sale 2



Impr
Sale

oved
3



*Woodley Trailer Park*========================================

================================================================*Robert E. Mc Graw, MAI*

Impr
oved
Sale
4



Improved Sale 5



**Improved Sale Location Map**

=========================================================*Robert E. Mc Graw, MAI*

**Union Bank Submitted Income and Expense**

Robert E. Mc Graw, MAI

Woodley Trailer Park

=====================================================*Robert E. Mc Graw, MAI*

## Rent Roll

*7936 Woodley Ave. Van Nuys, CA*

| Unit | Tenant | Term | Rent | Security Deposit |
|------|--------|------|------|------------------|
| 1 | East | Month to Month | $475.00 | $475.00 |
| 2 | Diaz | Month to Month | $475.00 | $475.00 |
| 3 | Pimentel | Month to Month | $412.00 | $0.00 |
| 4 | Fabela | Month to Month | $412.00 | $0.00 |
| 5 | King | Month to Month | $386.25 | $0.00 |
| 6 | Guzman | Month to Month | $412.00 | $0.00 |
| 7 | Machadi | Month to Month | $430.00 | $860.00 |
| 8 | Tabish | Month to Month | $495.00 | $475.00 |
| 9 | Foust | Month to Month | $495.00 | $495.00 |
| 10 | Strong | Month to Month | $442.90 | $430.00 |
| 11 | Riggens | Month to Month | $391.40 | $0.00 |
| 12 | Meinke | Month to Month | $400.00 | $0.00 |
| 13 | Carrion | Month to Month | $412.00 | $0.00 |
| 14 | Bosesta | Month to Month | $386.25 | $0.00 |
| 15 | Gale | Month to Month | $412.00 | $0.00 |
| 16 | *?* | Month to Month | $400.00 | $0.00 |
| 17 | Reisner | Month to Month | $400.00 | $0.00 |
| 18 | Mankiewicz | Month to Month | $475.00 | $475.00 |
| 19 | Bauer | Month to Month | $397.58 | $0.00 |
| 20 | Couch | Month to Month | $386.25 | $0.00 |
| 21 | Ramirez | Month to Month | $475.00 | $495.00 |
| 22 | Barrera | Month to Month | $475.00 | $475.00 |
| 23 | Capps | Month to Month | $412.00 | $400.00 |
| 24 | Stephens | Month to Month | $400.00 | $0.00 |
| 24-A | Wageman-Manager | Month to Month | $300.00 | $0.00 |
| 25 | Grey | Month to Month | $450.00 | $450.00 |
| 26 | Stephens | Month to Month | $386.25 | $0.00 |
| A | *?* | Month to Month | $1,300.00 | $0.00 |
| B | Brown | Month to Month | $575.00 | $600.00 |
| C | Stewart | Month to Month | $669.50 | $0.00 |
| | | | $13,938.38 | $6,105.00 |

X *Hedy Q. Magna.*
*6/5/06*

===============================================================Robert E. Mc Graw, MAI

**Cash Flow (Cash)**
**7939 Woodley Ave. (wood01)**
**December 2004**

Page 1
1/7/2005
12:42 PM

| | Month to Date | % | Year to Date | % |
|---|---|---|---|---|
| **INCOME** | | | | |
| **RENT INCOME** | | | | |
| Rent | 8,928.74 | 99.44 | 18,148.22 | 99.73 |
| Storage Income | 50.00 | 0.56 | 50.00 | 0.27 |
| NET RENT INCOME | 8,978.74 | 100.00 | 18,198.22 | 100.00 |
| **OTHER INCOME** | | | | |
| Utility Tax Income | 69.33 | 0.77 | 143.37 | 0.79 |
| Gas Income | 49.38 | 0.55 | 93.87 | 0.52 |
| Electricity Income | 532.72 | 5.93 | 1,194.84 | 6.57 |
| Late Fee | 0.00 | 0.00 | 35.00 | 0.19 |
| TOTAL OTHER INCOME | 651.43 | 7.26 | 1,467.08 | 8.06 |
| **TOTAL INCOME** | 9,630.17 | 107.26 | 19,665.30 | 108.06 |
| **EXPENSES** | | | | |
| **DIRECT EXPENSES** | | | | |
| Management Fee | 1,069.63 | 11.91 | 1,069.63 | 5.88 |
| Insurance | 0.00 | 0.00 | 619.71 | 3.41 |
| Electricity | 0.00 | 0.00 | 3,198.65 | 17.58 |
| Water & Sewer | 0.00 | 0.00 | 776.12 | 4.26 |
| TOTAL DIRECT EXPENSES | 1,069.63 | 11.91 | 5,664.11 | 31.12 |
| **GENERAL & ADMINISTRATIVE** | | | | |
| Postage & Express Service | 0.00 | 0.00 | 78.42 | 0.43 |
| Advertising & Promotion | 0.00 | 0.00 | 88.62 | 0.49 |
| Legal & Accounting | 0.00 | 0.00 | 1,479.50 | 8.13 |
| Taxes & Licenses | 0.00 | 0.00 | 5,231.25 | 28.75 |
| Billing & Meter Reading | 0.00 | 0.00 | 186.00 | 1.02 |
| TOTAL G & A EXPENSE | 0.00 | 0.00 | 7,063.79 | 35.82 |
| **TOTAL EXPENSES** | 1,069.63 | 11.91 | 12,727.90 | 69.94 |
| **NET INCOME** | 8,560.54 | 95.34 | 6,937.40 | 38.12 |
| **ADJUSTMENTS** | | | | |
| Note 1 Principal | -3,021.00 | | -5,471.00 | |
| Note 2 Principal | -571.00 | | -1,142.00 | |
| TOTAL ADJUSTMENTS | -3,592.00 | | -6,613.00 | |
| **CASH FLOW** | 4,968.54 | | 324.40 | |
| Beginning Cash | 0.00 | | | |
| Ending Balance | 0.00 | | | |

**YTD-2004**

======================================================================Robert E. Mc Graw, MAI

**Woodley Trailer Park (wdley)**
**Cash Flow**
**December 2005**
**Books - Cash**

| | Month to Date | % | Year to Date | % |
|---|---|---|---|---|
| **INCOME** | | | | |
| | | | | |
| **RENT INCOME** | | | | |
| Rent | 10,464.40 | 100.00 | 129,778.61 | 100.51 |
| Less: Concessions | 0.00 | 0.00 | -657.96 | -0.51 |
| NET RENT INCOME | 10,464.40 | 100.00 | 129,120.65 | 100.00 |
| | | | | |
| **OTHER INCOME** | | | | |
| Application Fee | 25.00 | 0.24 | 268.63 | 0.21 |
| Laundry Income | 58.13 | 0.56 | 1,088.94 | 0.84 |
| Move Out Charges | 0.00 | 0.00 | 0.01 | 0.00 |
| Deposit Forfeit | 0.00 | 0.00 | -375.01 | -0.29 |
| Miscellaneous Income | 0.00 | 0.00 | 1,450.00 | 1.12 |
| Utility Tax Income | 61.07 | 0.59 | 1,192.67 | 0.92 |
| Gas Income | 0.00 | 0.00 | 613.62 | 0.48 |
| Electricity Income | 493.63 | 4.74 | 8,610.90 | 6.67 |
| Late Fee | 50.00 | 0.48 | 350.00 | 0.27 |
| TOTAL OTHER INCOME | 687.83 | 6.61 | 13,199.76 | 10.22 |
| | | | | |
| TOTAL INCOME | 11,092.23 | 106.61 | 142,320.41 | 110.22 |
| | | | | |
| **EXPENSES** | | | | |
| | | | | |
| **DIRECT EXPENSES** | | | | |
| Repair | 0.00 | 0.00 | -2,609.00 | -2.02 |
| Repair Supplies | 0.00 | 0.00 | 702.57 | 0.54 |
| Supervision Maintenance Fee | 0.00 | 0.00 | 40.00 | 2.03 |
| Ground & Gardening Maintenance | 0.00 | 0.00 | 600.00 | 0.46 |
| Management Fee | 1,156.72 | 11.12 | 13,340.31 | 13.33 |
| Insurance | 413.41 | 3.97 | 7,894.59 | 6.11 |
| Property Tax | 0.00 | 0.00 | 5,271.37 | 4.08 |
| Electricity | 2,381.75 | 22.89 | 12,375.25 | 9.58 |
| Electrical Contractor | 0.00 | 0.00 | 1,050.18 | 0.81 |
| Drain Cleaning | 0.00 | 0.00 | 80.00 | 0.06 |
| Gas | 0.00 | 0.00 | 2,858.03 | 2.21 |
| Water & Sewer | 1,152.93 | 11.09 | 5,861.56 | 4.54 |
| Trash Disposal | 0.00 | 0.00 | 6,847.90 | 5.30 |
| Plumbing Contractor | 0.00 | 0.00 | 1,007.99 | 0.78 |
| TOTAL DIRECT EXPENSES | 5,104.35 | 49.06 | 55,325.41 | 42.85 |
| | | | | |
| **GENERAL & ADMINISTRATIVE** | | | | |
| Postage & Express Service | 33.97 | 0.32 | 485.31 | 0.38 |
| Telephone | 54.25 | 0.52 | 706.20 | 0.55 |
| Advertising & Promotion | 362.44 | 3.48 | 1,783.92 | 1.38 |
| Legal & Accounting | 0.00 | 0.00 | 1,605.30 | 1.24 |
| Taxes & Licenses | 140.96 | 1.35 | 5,651.24 | 4.38 |
| Billing & Meter Reading | 103.00 | 0.99 | 1,239.69 | 0.96 |
| Credit Check Expense | 75.00 | 0.72 | 225.00 | 0.17 |
| Miscellaneous Expense | 0.00 | 0.00 | 1,025.00 | 0.79 |
| | | | | |
| **PAYROLL EXPENSE** | | | | |
| Manager's Apartment | 0.00 | 0.00 | 7,035.61 | 7.24 |
| Payroll Taxes | 0.00 | 0.00 | 56.92 | 0.04 |
| Workers Comp | 0.00 | 0.00 | 361.68 | 0.28 |

**Full Year 2005**

=========================================================Robert E. Mc Graw, MAI

```
05/25/2006  14:14   9894596931                              PAGE  02/05
```

**INCOME**

→ April 2006

| | | | | |
|---|---|---|---|---|
| **RENT INCOME** | | | | |
| Rent | 11,410.00 | 100.00 | 42,942.15 | 100.00 |
| NET RENT INCOME | 11,410.00 | 100.00 | 42,942.15 | 100.00 |
| | | | | |
| **OTHER INCOME** | | | | |
| Application fee | 25.00 | 0.22 | 175.00 | 0.41 |
| Laundry Income | 49.75 | 0.44 | 430.54 | 1.00 |
| Deposit Forfeit | 0.00 | 0.00 | -450.00 | -1.03 |
| Utility Tax Income | 101.84 | 0.91 | 352.29 | 0.82 |
| Gas Income | 51.63 | 0.28 | 60.51 | 0.14 |
| Electricity Income | 801.90 | 7.04 | 2,840.22 | 6.61 |
| Late Fee | 0.00 | 0.00 | 105.00 | 0.24 |
| TOTAL OTHER INCOME | 1,023.32 | 8.53 | 3,513.56 | 8.18 |
| | | | | |
| **TOTAL INCOME** | 12,423.32 | 108.88 | 46,455.82 | 108.18 |
| | | | | |
| **EXPENSES** | | | | |
| | | | | |
| **DIRECT EXPENSES** | | | | |
| Repair | 0.00 | 0.00 | 220.00 | 0.51 |
| ground & gardening equip | 0.00 | 0.00 | 68.00 | 0.16 |
| m/o cleaning charges | 0.00 | 0.00 | 100.00 | 0.23 |
| Management Fee | 1,357.52 | 11.90 | 4,955.20 | 11.56 |
| Insurance | 0.00 | 0.00 | 1,240.23 | 2.89 |
| Property Tax | 5,271.36 | 45.29 | 5,271.36 | 12.28 |
| Electricity | 0.00 | 0.00 | 4,833.00 | 11.25 |
| Outside Contractor | 0.00 | 0.00 | 476.50 | 1.11 |
| Drain Cleaning | 0.00 | 0.00 | 135.00 | 0.31 |
| Gas | 253.82 | 2.22 | 1,147.50 | 2.67 |
| Water & Sewer | 0.00 | 0.00 | 2,342.37 | 5.45 |
| Trash Disposal | 765.13 | 6.71 | 2,341.86 | 5.45 |
| Plumbing Contractor | 0.00 | 0.00 | 170.00 | 0.40 |
| TOTAL DIRECT EXPENSES | 7,647.93 | 67.03 | 23,311.62 | 54.29 |
| | | | | |
| **GENERAL & ADMINISTRATIVE** | | | | |
| Postage & Express Service | 53.75 | 0.47 | 249.09 | 0.58 |
| Telephone | 54.64 | 0.37 | 252.91 | 0.59 |
| Advertising & Promotion | 0.00 | 0.05 | 486.35 | 1.13 |
| Legal & Accounting | 0.00 | 0.00 | 847.50 | 1.97 |
| Taxes & License | 0.00 | 0.00 | 2,646.17 | 6.16 |
| Billing & Meter Reading | 103.00 | 0.91 | 412.00 | 0.96 |
| Credit Check Expense | 50.00 | 0.44 | 75.00 | 0.17 |
| Miscellaneous Expense | 0.00 | 0.00 | 260.03 | 0.61 |
| petty cash | 100.00 | 0.88 | 100.00 | 0.23 |
| | | | | |
| **PAYROLL EXPENSE** | | | | |
| Payroll Taxes | 27.02 | 0.24 | 59.08 | 0.14 |
| Workers Comp | 48.76 | 0.43 | 256.04 | 0.61 |
| TOTAL PAYROLL | 75.78 | 0.66 | 315.12 | 0.74 |
| | | | | |
| **TOTAL G & A EXPENSE** | 497.17 | 3.52 | 5,647.12 | 13.17 |
| | | | | |
| **DEBT EXPENSE** | | | | |
| 1st Mortgage Interest | 2,450.00 | 21.47 | 9,000.00 | 21.82 |
```
Page 1
May 23, 2006  2:49:35PM
```

X Hedy. A. Amagna.

**YTD 2006-April**

=======================================================Robert E. Mc Graw, MAI

## INSURABLE VALUE WORKSHEET

Subject Property:  Woodley Trailer Park, 7936 Woodley Avenue, Van Nuys, CA

Replacement Cost and Insurable Value

| | | | |
|---|---|---|---|
| Front House and Studio Apt. | 1,592 SF @ $108.50/SF | = | $172,732.00 |
| Rear Studio Unit and Laundry Room 744 SF @ $98.25/SF | | = | $ 73,098.00 |
| Paving, RV Pads, Fencing, Etc.23 RV Space @ $5,000.00/Space | | = | $115,000.00 |
| Other Improvements/Utility Distribution Allowance | | = | $ 10,000.00 |

Replacement Cost New                                               $370,830.00

Approximate  Requirement Non RV Related (90%)      $221,247.00

Approximate  Requirement RV Related (20%)              $25,000.00

Rounded Insurable Value                                          $246,250.00

========================================================*Robert E. Mc Graw, MAI*

==================================================================Robert E. Mc Graw, MAI

# Accept Award

**Project # 06-0826**

Back

## Award Information

| | | | |
|---|---|---|---|
| Date Awarded | 6/12/2006 | | |
| Canceled | False | Directly Awarded | Yes |
| Fee | $3,500 | Delivery Date | 7/3/2006 |
| Property Contact | Marc Magna | Phone Number | (310)963-0749 |
| Comments | | View Award Contract View Engagement Letter | |

**Attachment Files**
Commercial Appraisal Fee Panel Instructions
Fee Appraiser Reminder List

## Bid Information

| | | | |
|---|---|---|---|
| Proposed Fee | Direct Award | Proposed Delivery Date | |
| Signatory Information | | Office Location | |
| Prior Services Performed | | | |
| Comments | | | |

## RFP Information

**Purpose Of Request**                                                        New Loan

| | | | |
|---|---|---|---|
| Response Deadline | ASAP | UBOC Contact | Brown, Paul |
| Delivery Date | | Contact Phone | 714 990-7343 |
| Interest Appraised | Leased Fee | Appraisal Type | Complete |
| Appraisal Premise | As Is | Report Type | Summary |
| # Of Hard Copies | 0 | Format | Narr or Form |
| Comments | Provide a complete signed PDF of a complete summary appraisal (narrative or form) of the as is leased fee interest in the subject property. Also provide an insurable value estimate. The subject contains 24 RV spaces (long term tenancy), three single wide mobile home spaces and three stick built residential units. Please get in touch with the property contact ASAP. | | |
| General Performance Standards | CA MSA | | |
| Specific Performance Standards | | | |
| General Contractual Requirements | | | |

**Download files that go with this service line**
**Attachment Files**
Commercial Appraisal Fee Panel Instructions
Fee Appraiser Reminder List

## Property Information

| | | | |
|---|---|---|---|
| Property Description Construction Type | 24 RV, 3 mobile homes, 1 single family and a duplex. 1928 built. IN ESCROW @$1,700,000; PURCHASE LOAN REQUEST FOR $1,105,000. | Project Name | Magna |
| | | Address | 7936 Woodley Avenue |
| Property Type | G01 - Multi-Family - Mobile/Manufactured Home Park | Suite/Floor/Unit# | |
| Number of Tenants | 30 | City and State | Van Nuys, CA |
| Improvement Size (Primary) | 2802 SF-GBA | County | Los Angeles |
| Improvement Size (Secondary) | . | Zip code | 91406 |

===========================================================*Robert E. Mc Graw, MAI*

# Robert E. Mc Graw, MAI

Mr. Mc Graw is the owner and analyst of a full service real estate appraisal and consulting service. He has extensive experience in appraisal and consulting projects consisting of investment-quality office buildings, shopping centers, industrial/business parks, automobile dealerships, hotel/motels, apartment buildings, recreational resorts, master-planned communities, and residential subdivisions throughout the southwestern United States. Mr. Mc Graw has performed valuations on proposed, partially-completed, renovated, and existing structures as well as valuation assignments for corporations and governmental agencies.

Previous Experience

Prior, Mr. McGraw completed narrative complex appraisal assignments for RGW & Associates from February 1992 until March 1993. Prior to that, he was the Chief Appraiser for Malibu Savings Bank from April 1986 until January 1991, with responsibilities of developing the appraisal department and reporting directly to senior management. Prior to that, he was the Assistant Chief Appraiser for Sanwa Bank, from April 1985 to April 1986, with assistant managerial duties reviewing major loan appraisals and administrative functions. Before joining Sanwa Bank, Mr. McGraw was a staff appraiser (October 1983 to April 1985) with American Savings, Gibralter Savings (October 1982 to October 1983), Crocker National Bank (December 1980 to October 1982), and Great Western Savings (Financial Federation) (March 1977 to December 1980) where he performed appraisals on single-family residences, and 2-10 unit apartment projects, including review appraisal reports.

Brokerage Experience

Mr. Mc Graw has utilized the broker license in several different areas during the prior 30 years.

Education

o B.S., Business Administration
Major: Finance, Insurance & Real Estate
California Polytechnic University
Pomona, California

Professional Memberships

o Member, Appraisal Institute No. 9539

=========================================================*Robert E. Mc Graw, MAI*

    o  Real Estate Broker-State of California No. 01059821
    o  Certified General Real Estate Appraiser-State Of California-License No. AG006523

## Partial List of Public Lender Clients Previously Served

    City National Bank
    Cal National Bank
    Spectrum Bank
    Column Financial
    First National Bank of San Diego
    Banco Popular North America
    FDIC
    International Savings Bank
    Oak Tree Federal Savings Bank
    Bank of America
    Wells Fargo Bank
    Weyerhauser Mortgage
    Imperial Capital Bank
    Long Beach Bank
    Community Trust Mortgage
    Sunrise Mortgage
    China Trust
    Hanmi Bank
    South Coast Commercial Bank
    First California Bank
    Venture West Funding
    Union Bank of California

| In re: Valley MHP, LLC | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 1:10-bk-20599 GM |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

23564 Calabasas Road, Suite 104
Calabasas, CA 91302

A true and correct copy of the foregoing document described as  DECLARATION OF ROBERT E. MCGRAW
 IN SUPPORT OF RESPONSE TO RELIEF FROM STAY                                                will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On  9/28/10                        I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☑ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  9/28/10                        I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
 Judge Mund, US Bankruptcy Court, 21041 Burbank Blvd., Suite 342, Woodland Hills, CA 91367

☐  Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on                        I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/28/10 | Lewis R. Landau | /s/ Lewis R. Landau |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    **F 9013-3.1**

| In re: Valley MHP, LLC | CHAPTER: 11 |
| Debtor(s). | CASE NUMBER: 1:10-bk-20599 GM |

**ADDITIONAL SERVICE INFORMATION (if needed):**

NEF Service List (category I):

Scott C Clarkson on behalf of Creditor Remedy Investors, LLC
sclarkson@lawcgm.com

Glen Dresser on behalf of Creditor Community Commerce Bank
gombd@aol.com

Eve A Marsella on behalf of Creditor Remedy Investors, LLC
emarsella@lawcgm.com

Robert Reganyan on behalf of Debtor Valley MHP, LLC.
reganyanlawfirm@gmail.com

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1