**Lewis R. Landau** (CA Bar No. 143391)
**Attorney at Law**
23564 Calabasas Road, Suite 104
Calabasas, California 91302
Voice and Fax: (888)822-4340
Email: Lew@Landaunet.com

Proposed Counsel to
Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No.: 1:10-bk-20599-GM |
| Valley MHP, LLC, | Chapter 11 |
| Debtor. | **EVIDENTIARY OBJECTIONS TO DECLARATION OF KYLE JEFFERS** |
| | Date:   October 12, 2010<br>Time:   10:00 a.m.<br>Place:  Courtroom 303; Judge Mund<br>        US Bankruptcy Court<br>        21041 Burbank Blvd., 3rd Floor<br>        Woodland Hills, California 91367 |

Valley MHP, LLC, a California limited liability company, chapter 11 Debtor in Possession ("Debtor"), herein objects to the Declarations of Kyle Jeffers ("Jeffers Declaration") offered in support of the Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 ("Motion") filed by Remedy Investors, LLC ("Remedy").

///

///

///

///

///

///

///

**OBJECTION TO JEFFERS DECLARATION**

Debtor objects solely to the portions of the Jeffers Declaration in which Jeffers purports to testify as to a decline in the value of Debtor's property.  Specifically, such testimony is offered at Form Declaration paragraph 11 and Supplemental Memorandum Declaration paragraph 20.

However, Jeffers is not qualified to testify as an expert on property valuation issues. Under the Court's "gatekeeper" function for admissibility of expert testimony, the Court should strike paragraphs 11 (form) and 20 (supplemental) of the Jeffers Declaration.  Additionally, no foundation exists for such testimony.  FRE 104, 602, 701, 702, 703.  *See*, In re Canvas Specialty, Inc., 261 B.R. 12 (Bankr. C.D. Cal. 2001).

*Wherefore*, Valley MHP, LLC respectfully requests that the Court *sustain* its evidentiary objections set forth herein and strike the offered testimony.

Dated:  September 28, 2010

**Lewis R. Landau**
**Attorney at Law**

By:*/s/ Lewis R. Landau*
Lewis R. Landau
Attorney for Debtor

| | | |
|---|---|---|
| In re: Valley MHP, LLC | | CHAPTER: 11 |
| | Debtor(s). | CASE NUMBER: 1:10-bk-20599 GM |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
23564 Calabasas Road, Suite 104
Calabasas, CA 91302

A true and correct copy of the foregoing document described as EVIDENTIARY OBJECTIONS TO DECLARATION OF KYLE JEFFERS will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 9/28/10 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☑ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 9/28/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Judge Mund, US Bankruptcy Court, 21041 Burbank Blvd., Suite 342, Woodland Hills, CA 91367

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/28/10 | Lewis R. Landau | /s/ Lewis R. Landau |
|---|---|---|
| Date | Type Name | Signature |

**ADDITIONAL SERVICE INFORMATION (if needed):**

NEF Service List (category I):

Scott C Clarkson on behalf of Creditor Remedy Investors, LLC
sclarkson@lawcgm.com

Glen Dresser on behalf of Creditor Community Commerce Bank
gombd@aol.com

Eve A Marsella on behalf of Creditor Remedy Investors, LLC
emarsella@lawcgm.com

Robert Reganyan on behalf of Debtor Valley MHP, LLC.
reganyanlawfirm@gmail.com

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**