SCOTT C. CLARKSON, ESQ. SBN 143271
EVE A. MARSELLA, ESQ. SBN 165797
CHRISTINE M. FITZGERALD, ESQ. SBN 259014
CLARKSON, GORE & MARSELLA
A PROFESSIONAL LAW CORPORATION
3424 Carson Street, Suite 350
Torrance, California 90503
(310) 542-0111 Telephone
(310) 214-7254 Facsimile

Attorneys for Creditor, Remedy Investors, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>Valley MHP, LLC,<br><br><br>Debtor. | Case No. 1:10-bk-20599-GM<br><br>Chapter 11<br><br>**STIPULATION TO CONTINUE HEARINGS ON (1) DEBTOR'S ORIGINAL DISCLOSURE STATEMENT DESCRIBING ORIGINAL CHAPTER 11 PLAN AND (2) MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>**Current Hearing Date/Time:**<br>Date: January 11, 2011<br>Time: 10:00 a.m.<br><br>**Requested Hearing Date/Time:**<br>Date: February 8, 2011<br>Time: 10:00 a.m.<br>Ctrm: 303<br>　　　21041 Burbank Blvd<br>　　　Woodland Hills, CA |

**TO THE HONORABLE GERALDINE MUND, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES:**

This *Stipulation To Continue Hearing On (1) Debtor's Original Disclosure Statement Describing Original Chapter 11 Plan and (2) Motion For Relief From Automatic Stay* is entered into by and between Valley MHP, LLC, which is the debtor in the above referenced case

Stipulation to Continue Hearings on (1) Debtor's Original Disclosure
1   Statement Describing Original Chapter 11 Plan and (2) Motion for
Relief from Automatic Stay

("Debtor") and Remedy Investors, LLC ("Remedy Investors"), a secured creditor, in accordance with the terms and subject to the conditions set forth herein.

### Recitals

1. On August 25, 2010, the Debtor filed its voluntary chapter 11 petition commencing this case.

2. On September 14, 2010, Remedy Investors filed its *Motion for Relief from Automatic Stay under 11 U.S.C. § 362* [Docket No. 14] (the "Motion"). A hearing on the Motion is currently scheduled for January 11, 2011 at 10:00 a.m.

3. On November 23, 2010, the Debtor filed the *Debtor's Original Disclosure Statement Describing Original Chapter 11 Plan* [Docket No. 39] (the "Disclosure Statement"). A hearing on the Disclosure Statement is currently scheduled for January 11, 2011 at 10:00 a.m.

4. The Debtor and Remedy Investors believe that continuing the hearings on the Disclosure Statement and the Motion will provide time for the Debtor and Remedy Investors to attempt a consensual resolution of the issues raised thereby; the parties may seek an additional continuance of the hearing if they determine that additional time will allow them to reach a consensual resolution.

5. Based on the foregoing, the Debtor and Remedy Investors believe that it is in their best interests and in the best interests of the Debtor's other creditors to continue the hearings on the Disclosure Statement and the Motion as set forth herein.

WHEREFORE, based upon the foregoing Recitals, and for good and sufficient cause, the Debtor and Remedy Investors, by and through their respective counsel, agree and stipulate as follows:

A. The hearings on the Disclosure Statement and the Motion shall be continued to February 8, 2011, at 10:00 p.m., or a date thereafter set by the Court (the "Hearing Date"), in the above-referenced Court.

B. Remedy Investors shall file and serve a response (if any) to the Disclosure Statement on or before fourteen days before the Hearing Date. The Debtor shall file and serve a

Stipulation to Continue Hearings on (1) Debtor's Original Disclosure
2    Statement Describing Original Chapter 11 Plan and (2) Motion for
Relief from Automatic Stay

1  responsive pleading (if any) on or before on or before seven days before the Hearing Date.

2      C.    The Debtor shall file and serve a supplemental response (if any) to the Motion on or before on or before fourteen days before. Remedy Investors shall file and serve a responsive pleading (if any) on or before seven days before the Hearing Date.

    D.    Remedy Investors consents to a 60 day extension of the Debtor's 11 U.S.C. § 1121(c)(3) plan acceptance exclusivity period.

DATED: December 27, 2010

**CLARKSON, GORE & MARSELLA**
A Professional Law Corporation

By: /s/ Scott C. Clarkson
Scott C. Clarkson
Eve A. Marsella
Counsel for Remedy Investors, LLC

DATED: December 23, 2010

By: /s/ Lewis R. Landau
Lewis R. Landau
Counsel for Valley MHP, LLC, Debtor in Possession

---

Stipulation to Continue Hearings on (1) Debtor's Original Disclosure Statement Describing Original Chapter 11 Plan and (2) Motion for Relief from Automatic Stay

3

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3424 Carson Street Suite 350
Torrance, CA 90503

A true and correct copy of the foregoing document described as **STIPULATION TO CONTINUE HEARINGS ON (1) DEBTOR'S ORIGINAL DISCLOSURE STATEMENT DESCRIBING ORIGINAL CHAPTER 11 PLAN AN D (2) MOTION FOR RELIEF FROM AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 27, 2010,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**See Attached Service List**

☒                          Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **December 27, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See Attached Service List**

☒                          Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐                          Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 27, 2010 | Carla Benson | *signature* |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                                 F 9013-3.1.PROOF.SERVICE

## SERVICE LIST

### PART I

### TO BE SERVED BY THE COURT VIA NEF

### U.S.TRUSTEE (SV)
Ustpregion16.wh.ecf@usdoj.gov

### TRUSTEE
S Margaux Ross   margaux.ross@usdoj.gov

### ATTORNEY FOR CREDITOR
Scott C. Clarkson, Esq.   sclarkson@lawcgm.com
Eve A. Marsella, Esq.   emarsella@lawcgm.com

### ATTORNEY FOR DEBTOR
Robert Reganyan, Esq   reganyanlawfirm@gmail.com

### OTHER INTERESTED PARTY
Robert L. Green, Esq   rlgreen@greenhall.com

### PART II

### TO BE SERVED VIA US MAIL

### JUDGE
Honorable Geraldine Mund
21041 Burbank Blvd. Suite 342
Woodland Hills, CA 91367

### TOP 20 CREDITORS
LA DWP
111 N. Hope Street
Los Angeles, CA 90012-2607

(No other creditors listed)

### UNSECURED CREDITORS
Hedamar Development Inc.
1500 Washington Blvd.
Montebello, CA 90640

Markest, Inc.
1516 Washington Blvd.
Montebello, CA 90640

### SECURED CREDITORS
JLAB 613 Holdings Inc.
23013 Hummingbird Way
Calabasas, CA 91302

Joseph A Magna
P.O. Box 1485
Whittier, CA 90609

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                               **F 9013-3.1.PROOF.SERVICE**