1  **SCOTT C. CLARKSON, ESQ.  SBN 143271**
   **EVE A. MARSELLA, ESQ.  SBN 165797**
2  **CHRISTINE M. FITZGERALD, ESQ. SBN 259014**
   **CLARKSON, GORE & MARSELLA**
3  **A PROFESSIONAL LAW CORPORATION**
   **3424 Carson Street, Suite 350**
4  **Torrance, California 90503**
   **(310) 542-0111 Telephone**
5  **(310) 214-7254 Facsimile**

6  Attorneys for Creditor, Remedy Investors, LLC

| FILED & ENTERED |
|---|
| DEC 28 2010 |
| **CLERK U.S. BANKRUPTCY COURT** **Central District of California** **BY ogier      DEPUTY CLERK** |

7              **UNITED STATES BANKRUPTCY COURT**

8              **CENTRAL DISTRICT OF CALIFORNIA**

9
               **SAN FERNANDO VALLEY DIVISION**
10

11 In re                                          Case No.  1:10-bk-20599-GM

12                                                Chapter 11

13 Valley MHP, LLC,                               **ORDER APPROVING STIPULATION TO**
                                                  **CONTINUE HEARINGS ON (1) DEBTOR'S**
14                                                **ORIGINAL DISCLOSURE STATEMENT**
                                                  **DESCRIBING ORIGINAL CHAPTER 11**
             Debtor.                              **PLAN AND (2) MOTION FOR RELIEF FROM**
15                                                **AUTOMATIC STAY**

16                                                **Previous Hearing Date/Time:**
                                                  Date:   January 11, 2011
17                                                Time:   10:00 a.m.

18                                                **Continued Hearing Date/Time:**
                                                  Date:   February 8, 2011
19                                                Time:   10:00 a.m.
                                                  Ctrm:   303
20                                                        21041 Burbank Blvd
                                                         Woodland Hills, CA
21

22

23         The Court, having considered the *Stipulation To Continue Hearing On (1) Debtor's*

24 *Original Disclosure Statement Describing Original Chapter 11 Plan and (2) Motion For Relief*

25 *From Automatic Stay* [Docket No. 45] between Valley MHP, LLC, which is the debtor in the

26 above referenced case ("Debtor") and Remedy Investors, LLC ("Remedy Investors"), a secured

27 creditor, and good and sufficient cause appearing therefor, it is hereby

28

                                    Order Approving Stipulation to Continue Hearings on (1) Debtor's
                              1   Original Disclosure Statement Describing Original Chapter 11 Plan and
                                  (2) Motion for Relief from Automatic Stay

1    **ORDERED** that:

2      1.      The Stipulation is approved;

3      2.      The hearings on the *Debtor's Original Disclosure Statement Describing Original*

4  *Chapter 11 Plan* [Docket No. 39] (the "Disclosure Statement") and *Motion for Relief from*

5  *Automatic Stay under 11 U.S.C. § 362* [Docket No. 14] (the "Motion") shall be continued to

6
7  February 8, 2011, at 10:00 a.m (the "Hearing Date"), in the above-referenced Court.

8      3.      Remedy Investors shall file and serve a response (if any) to the Disclosure

9  Statement on or before fourteen days before the Hearing Date.  The Debtor shall file and serve a

10  responsive pleading (if any) on or before on or before seven days before the Hearing Date.

11      4.      The Debtor shall file and serve a supplemental response (if any) to the Motion on

12  or before on or before fourteen days before.  Remedy Investors shall file and serve a responsive

13  pleading (if any) on or before seven days before the Hearing Date.

14
15  **IT IS SO ORDERED**.

16                                               ###

17
18
19
20
21
22
23
24  DATED: December 28, 2010
                                               _____
                                               United States Bankruptcy Judge
25
26
27
28
                                               Order Approving Stipulation to Continue Hearings on (1) Debtor's
                                             2  Original Disclosure Statement Describing Original Chapter 11 Plan and
                                               (2) Motion for Relief from Automatic Stay

1 **NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

2  Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

3
# PROOF OF SERVICE OF DOCUMENT

4

5 I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3424 Carson Street, Suite 350, Torrance, CA  90503**

6

7 A true and correct copy of the foregoing document described as **ORDER APPROVING STIPULATION TO CONTINUE HEARINGS ON (1) DEBTOR'S ORIGINAL DISCLOSURE STATEMENT DESCRIBING ORIGINAL CHAPTER 11 PLAN AND (2)**

8 **MOTION FOR RELIEF FROM AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated

9 below:

10 I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served

11 by the court via NEF and hyperlink to the document. On  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the

12 Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

13 ☐                                                                  Service information continued on attached page

14 **II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On ***December 27, 2010,*** I served the following person(s) and/or entity(ies) at the last known address(es)

15 in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service

16 addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

17

**Judge**

18 Honorable Geraldine Mund
21041 Burbank Blvd. Suite 342

19 Woodland Hills, CA 91367

20 ☐                                                                  Service information continued on attached page

21 **III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  I served the following

22 person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a

23 declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

24
☐                                                                  Service information continued on attached page

25

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true

26 and correct.

27  December 27, 2010    Carla Benson                    /s/ Carla Benson
        *Date*                    *Type Name*                    *Signature*

28

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING STIPULATION TO CONTINUE HEARINGS ON (1) DEBTOR'S ORIGINAL DISCLOSURE STATEMENT DESCRIBING ORIGINAL CHAPTER 11 PLAN AND (2) MOTION FOR RELIEF FROM AUTOMATIC STAY** as entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (**"**NEF**"**)** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of *__November 15, 2010__*, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**See attached service list**

☒Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

**See attached service list**

☒Service information continued on attached page

1  **SERVICE LIST**

2
**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**
3

4  **PART I**

5  **TO BE SERVED BY THE COURT VIA NEF**

6  **U.S.TRUSTEE (SV)**
Ustpregion16.wh.ecf@usdoj.gov
7
**TRUSTEE**
8  S Margaux Ross   margaux.ross@usdoj.gov

9  **ATTORNEY FOR CREDITOR**
Scott C. Clarkson, Esq.   sclarkson@lawcgm.com
10 Eve A. Marsella, Esq.     emarsella@lawcgm.com

11 **ATTORNEY FOR DEBTOR**
Robert Reganyan, Esq    reganyanlawfirm@gmail.com
12
**OTHER INTERESTED PARTY**
13    Robert L. Green, Esq   rlgreen@greenhall.com

14

15 **PART II**
16
**TO BE SERVED VIA US MAIL**
17
**JUDGE**
18 Honorable Geraldine Mund
21041 Burbank Blvd. Suite 342
19 Woodland Hills, CA 91367

20 **TOP 20 CREDITORS**
LA DWP
21 111 N. Hope Street
Los Angeles, CA 90012-2607
22
(No other creditors listed)
23
**UNSECURED CREDITORS**
24 Hedamar Development Inc.
1500 Washington Blvd.
25 Montebello, CA 90640

26 Markest, Inc.
1516 Washington Blvd.
27 Montebello, CA 90640

28

5  Order Approving Stipulation to Continue Hearings on (1) Debtor's
Original Disclosure Statement Describing Original Chapter 11 Plan and
(2) Motion for Relief from Automatic Stay

1 | **<u>SECURED CREDITORS</u>**
JLAB 613 Holdings Inc.
2 | 23013 Hummingbird Way
Calabasas, CA 91302
3 |
Joseph A Magna
4 | P.O. Box 1485
Whittier, CA 90609
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

6  Order Approving Stipulation to Continue Hearings on (1) Debtor's
Original Disclosure Statement Describing Original Chapter 11 Plan and
(2) Motion for Relief from Automatic Stay