**Lewis R. Landau** (CA Bar No. 143391)
Attorney at Law
23564 Calabasas Road, Suite 104
Calabasas, California 91302
Voice and Fax: (888)822-4340
Email: Lew@Landaunet.com

Attorney for Debtor and
Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>Valley MHP, LLC,<br><br>        Debtor | Case No.: 1:10-bk-20599 GM<br><br>Chapter 11<br><br>**NOTICE OF CHAPTER 11 PLAN CONFIRMATION HEARING AND DATES AND DEADLINES RELATED TO PLAN CONFIRMATION**<br><br>**Plan Confirmation Hearing**:<br>Date:   May 31, 2011<br>Time:   10:00 a.m.<br>Crtrm:  303; 3rd Floor<br>         U.S. Bankruptcy Court; Judge Mund<br>         21041 Burbank Blvd.,<br>         Woodland Hills, CA 91367 |

**PLEASE TAKE NOTICE**, that on the Honorable Geraldine Mund, United States Bankruptcy Judge, has approved the First Amended Disclosure Statement, filed by Valley MHP, LLC ("Debtor") pursuant to 11 U.S.C. § 1125(b). The Court further set the following dates and deadlines related to chapter 11 plan confirmation:

///

///

///

///

1. The Debtor shall serve the First Amended Disclosure Statement and exhibits thereto, First Amended Chapter 11 Plan, this notice, and a voting ballot to all creditors, equity security holders, the United States Trustee and other parties in interest not later than **April 19, 2011**.

2. In order to be counted, voting ballots must be returned so as to be actually received by Debtor's counsel not later than **May 17, 2011**.  Ballots not timely delivered may be disregarded in tabulating ballots for the chapter 11 plan.  A voting ballot is included herewith.

3. Parties in interest shall file and serve any objections to plan confirmation so as to be actually received by Debtor's counsel not later than **May 17, 2011**.  The failure to timely file and serve an objection to plan confirmation may be deemed a waiver thereof and consent to plan confirmation.

4. The Debtor shall file and serve any reply to a confirmation objection, a brief in support of plan confirmation showing confirmation is authorized under section 1129 of the Bankruptcy Code, a plan ballot tabulation in the form of Local Form F-3017 and any evidence in support thereof not later than **May 24, 2011**.  All such papers shall be served on the parties receiving Notices of Electronic Filing by the Court and any party timely serving an objection to Plan confirmation.

5. A confirmation hearing is set for **May 31, 2011 at 10:00 a.m.** in Courtroom 303; 3rd Floor, U.S. Bankruptcy Court, 21041 Burbank Blvd., Woodland Hills, CA 91367.

Dated:  April 18, 2011 **Lewis R. Landau**
**Attorney at Law**


By:*/s/ Lewis R. Landau*
Lewis R. Landau
Attorney for the Debtor