BARRY R. GORE, ESQ. SBN 143278
SMITH | CAMPBELL | CLIFFORD | KEARNEY | GORE
A Professional Law Corporation
3424 Carson Street, Suite 350
Torrance, California 90503
(310) 542-0111 Telephone
(310) 214-7254 Facsimile

Attorneys for Secured Creditor Remedy Investors, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Valley MHP, LLC,<br><br>Debtor and Debtor in Possession. | Case No. 1:10-bk-20599-GM<br><br>Chapter 11<br><br>**NOTICE OF DEFAULT PURSUANT TO STIPULATION REGARDING INTERIM USE OF CASH COLLATERAL FROM MARCH 1, 2011 TO MAY 31, 2011, MOTION FOR RELIEF FROM STAY, AND ADEQUATE PROTECTION**<br><br>[No hearing Required] |

**To Debtor Valley MHP, LLC (the "Debtor") and its counsel:**

Remedy Investors, LLC ("Remedy Investors") hereby gives notice of default by the Debtor under the *Stipulation Regarding Interim Use Of Cash Collateral From March 1, 2011 To May 31, 2011, Motion For Relief From Stay, And Adequate Protection* (the "Stipulation"), which was incorporated into the Debtor's plan of reorganization that was confirmed by an order of the Court.

The Debtor has defaulted under the Stipulation by failing to make the payment that was due to be paid to Remedy Investors on August 1, 2011, pursuant to the Stipulation. Remedy Investors reserves all of its rights under the Stipulation and applicable law.

1  Dated: August 1, 2011

2

3

SMITH | CAMPBELL | CLIFFORD | KEARNEY | GORE, A Professional Law Corporation

By: /s/ Barry R. Gore
Barry R. Gore
Attorneys for Secured Creditor Remedy Investors, LLC

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3424 Carson Street Suite 350
Torrance, CA 90503

A true and correct copy of the foregoing document described as **NOTICE OF DEFAULT PURSUANT TO STIPULATION REGARDING INTERIM USE OF CASH COLLATERAL FROM MARCH 1, 2011 TO MAY 31, 2011, MOTION FOR RELIEF FROM STAY AND ADEQUATE PROTECTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 2, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**See Attached Service List**

☒    Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **August 2, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See Attached Service List**

☒    Service information continued on attached page

**III. SERVED BY ~~PERSONAL DELIVERY,~~ FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 2, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**See Attached Service List**

☒    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 2, 2011 | Brenda L. Campos | _/s/ Brenda Campos_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    F 9013-3.1.PROOF.SERVICE

## SERVICE LIST

### PART I

### TO BE SERVED BY THE COURT VIA NEF

**U.S.TRUSTEE (SV)**
Ustpregion16.wh.ecf@usdoj.gov

**TRUSTEE**
S Margaux Ross   margaux.ross@usdoj.gov

**ATTORNEY FOR CREDITOR**
Barry R. Gore, Esq. bgore@scckg.com; nnarag@scckg.com; cbenson@scckg.com

**ATTORNEY FOR DEBTOR**
Robert Reganyan, Esq   reganyanlawfirm@gmail.com

**OTHER INTERESTED PARTY**
Glen Dresser    gombd@aol.com
Lewis Landau  lew@landaunet.com
John E. Nuelle   jnuelle@greenhall.com
Scott C. Clarkson  sclarkson@lawcgm.com
Eve A. Marsella emarsella@lawcgm.com
Christine M. Fitzgerald cfitzgerald@scckg.com; nnarag@scckg.com, cbenson@scckg.com

### PART II

### TO BE SERVED VIA US MAIL

**JUDGE**
Honorable Geraldine Mund
21041 Burbank Blvd. Suite 342
Woodland Hills, CA 91367

**REQUEST FOR SPECIAL NOTICE**
Adam M. Rose
Robert L. Starr
The Law Office of Robert L. Starr
23277 Ventura Blvd.
Woodland Hills, CA 91364

### PART III

### TO BE SERVED VIA EMAIL AND FACSIMILE

**DEBTOR**
Valley MHP, LLC
(323) 720-1922
mark@markestinc.com; trslawyer@prodigy.net

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                              **F 9013-3.1.PROOF.SERVICE**

**PART III CONTINUED**

**DEBTORS ATTORNEY**
Lewis Landau, Esq.
(888) 822-4340
lew@landaunet.com

Robert Reganyan, Esq.
(818) 649-0879
reganyanlawfirm@gmail.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                          **F 9013-3.1.PROOF.SERVICE**